**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Western _____ District of Pennsylvania _____
                                    (State)

Case number (*if known*): _____ Chapter 11

☐ Check if this is an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Guardian Elder Care at Johnstown, LLC d/b/a Richland Healthcare and Rehabilitation Center | |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  81-3247907

**4. Debtor's address**

Principal place of business

349 Vo-Tech Drive
Number      Street

Johnstown, PA 15904
City                    State    ZIP Code

Cambria County
County

Mailing address, if different from principal place of business

Number      Street

P.O. Box

City                    State    ZIP Code

Location of principal assets, if different from principal place of business

Number      Street

City                    State    ZIP Code

**5. Debtor's website** (URL)  https://guardianhc.com/

Debtor  Guardian Elder Care at Johnstown, LLC d/b/a Richland
Healthcare and Rehabilitation Center
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name

Case number *(if known)* ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

---

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

---

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

6231

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District ‾‾‾‾‾‾‾‾‾‾‾‾‾  When ‾‾‾‾‾‾‾  Case number ‾‾‾‾‾‾‾‾‾‾‾‾‾
                                    MM / DD / YYYY

       District ‾‾‾‾‾‾‾‾‾‾‾‾‾  When ‾‾‾‾‾‾‾  Case number ‾‾‾‾‾‾‾‾‾‾‾‾‾
                                    MM / DD / YYYY

---

Debtor    Guardian Elder Care at Johnstown, LLC d/b/a Richland
Healthcare and Rehabilitation Center
_____
Name

Case number *(if known)*_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor    See Attached Schedule 1 _____  Relationship    Affiliate _____

District    Western District of Pennsylvania _____  When    Date Hereof _____
                                                                                    MM  /  DD  / YYYY

Case number, if known  _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                            Number          Street

_____

_____
City                                                        State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

| Debtor | Guardian Elder Care at Johnstown, LLC d/b/a Richland Healthcare and Rehabilitation Center | Case number (if known) _____ |
|---|---|---|
| | Name | |

| | | | | | |
|---|---|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | | |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | | |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | | |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | | |

| | | | | | |
|---|---|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | | |
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | | |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | | |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | | |

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/29/2024
              MM / DD / YYYY

✘ /s/ Allen Wilen                                      Allen Wilen
Signature of authorized representative of debtor        Printed name

Title   Chief Restructuring Officer

**18. Signature of attorney**

✘ /s/ Jeffrey C. Hampton                  Date   07/29/2024
Signature of attorney for debtor                  MM / DD / YYYY

Jeffrey C. Hampton
Printed name

Saul Ewing LLP
Firm name

1500 Market Street, 38th Floor
Number        Street

Philadelphia                              PA        19102
City                                      State     ZIP Code

(215) 972-7777                            jeffrey.hampton@saul.com
Contact phone                             Email address

59131                                     PA
Bar number                                State

## <u>SCHEDULE 1</u>

On the date hereof, each of the affiliated entities listed below, which includes the debtor in this chapter 11 case (collectively, the "**Debtors**"), filed a voluntary petition in this Court for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filling of their petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

<u>Ancillary Debtors</u>:

- Guardian Healthcare Home & Community Services, LLC
- Guardian Healthcare Pharmacy, LLC
- Guardian Healthcare Rehabilitation Services, LLC

<u>Owned Portfolio Debtors</u>:

- GEC Beaver Falls Real Estate, LLC
- GEC Bethel Park Real Estate, LLC
- GEC Fairmont Real Estate, LLC
- GEC Greensburg Real Estate, LLC
- GEC Highland View, LP
- GEC Lower Burrell Real Estate, LLC
- GEC Monongahela Real Estate, LLC
- GEC Munhall Real Estate, LLC
- Guardian Elder Care at Beaver Falls, LLC d/b/a Beaver Valley Healthcare and Rehabilitation Center
- Guardian Elder Care at Bethel Park, LLC d/b/a Meadowcrest Healthcare and Rehabilitation Center
- Guardian Elder Care at Brockway, LLC d/b/a Highland View Healthcare and Rehabilitation Center
- Guardian Elder Care at Fairmont, LLC d/b/a Fairmont Healthcare and Rehabilitation Center
- Guardian Elder Care at Greensburg, LLC d/b/a Oak Hill Healthcare and Rehabilitation Center
- Guardian Elder Care at Lower Burrell, LLC d/b/a Belair Healthcare and Rehabilitation Center
- Guardian Elder Care at Monongahela, LLC d/b/a/ Havencrest Healthcare and Rehabilitation Center
- Guardian Elder Care at Munhall, LLC d/b/a Eldercrest Healthcare and Rehabilitation Center
- Guardian Healthcare FOR Group, LLC
- Guardian Healthcare FOR HUD Master Tenant, LLC
- Guardian Healthcare FOR LLC 1% Holdco, Inc.

- Guardian Healthcare FOR LLC 99% Holdco, LLC

Cuarzo Portfolio Debtors:

- Guardian Elder Care at Altoona, LLC d/b/a Hillview Healthcare and Rehabilitation Center
- Guardian Elder Care at Clarion, LLC d/b/a Clarion Healthcare and Rehabilitation Center
- Guardian Elder Care at Erie I, LLC d/b/a Western Reserve Healthcare and Rehabilitation Center
- Guardian Elder Care at Erie II, LLC d/b/a Walnut Creek Healthcare and Rehabilitation Center
- Guardian Elder Care at Hastings, LLC d/b/a Haida Healthcare and Rehabilitation Center
- Guardian Elder Care at Johnstown, LLC d/b/a Richland Healthcare and Rehabilitation Center
- Guardian Elder Care at Lewistown, LLC d/b/a William Penn Reserve Healthcare and Rehabilitation Center
- Guardian Elder Care at Meyersdale, LLC d/b/a Meyersdale Healthcare and Rehabilitation Center
- Guardian Elder Care at Oil City, LLC d/b/a Oil City Healthcare and Rehabilitation Center
- Guardian Elder Care at Shippenville, LLC d/b/a Shippenville Healthcare and Rehabilitation Center
- Guardian Elder Care at Titusville, LLC d/b/a Titusville Healthcare and Rehabilitation Center
- Guardian Elder Care at Uniontown, LLC d/b/a Uniontown Healthcare and Rehabilitation Center
- Guardian Elder Care at Warren, LLC d/b/a Kinzua Healthcare and Rehabilitation Center
- Guardian Elder Care at Waynesburg, LLC d/b/a Waynesburg Healthcare and Rehabilitation Center
- Guardian Healthcare GOL Group, LLC
- Guardian Healthcare GOL LLC 1% Holdco, Inc.
- Guardian Healthcare GOL LLC 99% Holdco, LLC

Management Company Debtors:

- Guardian Healthcare Home Office I, LLC
- Guardian Healthcare Home Office II, LLC
- Guardian Healthcare Home Office IV, LLC
- Guardian Healthcare Management Services Holdco, LLC

**OMNIBUS UNANIMOUS CONSENT IN WRITING OF**
**MANAGERS, BOARD OF DIRECTORS OR PARTNERS**
**IN LIEU OF A MEETING**

**July 28, 2024**

The undersigned, being all of the Managers or all of the Directors, as the case may be, of each of the following Pennsylvania limited liability companies or Pennsylvania corporations:

- GEC Beaver Falls Real Estate, LLC
- GEC Bethel Park Real Estate, LLC
- GEC Fairmont Real Estate, LLC
- GEC Greensburg Real Estate, LLC
- GEC Lower Burrell Real Estate, LLC
- GEC Monongahela Real Estate, LLC
- GEC Munhall Real Estate, LLC
- Guardian Elder Care at Altoona, LLC d/b/a Hillview Healthcare and Rehabilitation Center
- Guardian Elder Care at Beaver Falls, LLC d/b/a Beaver Valley Healthcare and Rehabilitation Center
- Guardian Elder Care at Bethel Park, LLC d/b/a Meadowcrest Healthcare and Rehabilitation Center
- Guardian Elder Care at Brockway, LLC d/b/a Highland View Healthcare and Rehabilitation Center
- Guardian Elder Care at Clarion, LLC d/b/a Clarion Healthcare and Rehabilitation Center
- Guardian Elder Care at Erie I, LLC d/b/a Western Reserve Healthcare and Rehabilitation Center
- Guardian Elder Care at Erie II, LLC d/b/a Walnut Creek Healthcare and Rehabilitation Center
- Guardian Elder Care at Fairmont, LLC d/b/a Fairmont Healthcare and Rehabilitation Center
- Guardian Elder Care at Greensburg, LLC d/b/a Oak Hill Healthcare and Rehabilitation Center
- Guardian Elder Care at Hastings, LLC d/b/a Haida Healthcare and Rehabilitation Center
- Guardian Elder Care at Johnstown, LLC d/b/a Richland Healthcare and Rehabilitation Center
- Guardian Elder Care at Lewistown, LLC d/b/a William Penn Reserve Healthcare and Rehabilitation Center
- Guardian Elder Care at Lower Burrell, LLC d/b/a Belair Healthcare and Rehabilitation Center
- Guardian Elder Care at Meyersdale, LLC d/b/a Meyersdale Healthcare and Rehabilitation Center
- Guardian Elder Care at Monongahela, LLC d/b/a/ Havencrest Healthcare and Rehabilitation Center
- Guardian Elder Care at Munhall, LLC d/b/a Eldercrest Healthcare and Rehabilitation Center
- Guardian Elder Care at Oil City, LLC d/b/a Oil City Healthcare and Rehabilitation Center
- Guardian Elder Care at Shippenville, LLC d/b/a Shippenville Healthcare and Rehabilitation Center
- Guardian Elder Care at Titusville, LLC d/b/a Titusville Healthcare and Rehabilitation Center
- Guardian Elder Care at Uniontown, LLC d/b/a Uniontown Healthcare and Rehabilitation Center
- Guardian Elder Care at Warren, LLC d/b/a Kinzua Healthcare and Rehabilitation Center
- Guardian Elder Care at Waynesburg, LLC d/b/a Waynesburg Healthcare and Rehabilitation Center
- Guardian Healthcare FOR Group, LLC
- Guardian Healthcare FOR HUD Master Tenant, LLC
- Guardian Healthcare FOR LLC 99% Holdco, LLC
- Guardian Healthcare FOR LLC 1% HoldCo, Inc.
- Guardian Healthcare GOL Group, LLC
- Guardian Healthcare GOL LLC 1% Holdco, Inc.
- Guardian Healthcare GOL LLC 99% Holdco, LLC
- Guardian Healthcare Home & Community Services, LLC
- Guardian Healthcare Home Office I, LLC
- Guardian Healthcare Home Office II, LLC
- Guardian Healthcare Home Office IV, LLC
- Guardian Healthcare Management Services Holdco, LLC
- Guardian Healthcare Pharmacy, LLC

- Guardian Healthcare Rehabilitation Services, LLC

(those entities, collectively, the "**Non-Partnership Debtor Entities**" and each, a "**Non-Partnership Debtor Entity**");

and the general partner and limited partner (collectively the "**Partners**") of GEC Highland View, LP, a Pennsylvania limited partnership (the "**Partnership Debtor Entity**" and, together with the Non-Partnership Debtor Entities, collectively, the "**Debtor Entities**" and each, a "**Debtor Entity**");

and the Partnership Debtor Entity and the following Non-Partnership Debtor Entities are referred to herein collectively as the "**Owned Facility Debtor Entities**":

- GEC Beaver Falls Real Estate, LLC
- GEC Bethel Park Real Estate, LLC
- GEC Fairmont Real Estate, LLC
- GEC Greensburg Real Estate, LLC
- GEC Lower Burrell Real Estate, LLC
- GEC Monongahela Real Estate, LLC
- GEC Munhall Real Estate, LLC
- Guardian Elder Care at Beaver Falls, LLC d/b/a Beaver Valley Healthcare and Rehabilitation Center
- Guardian Elder Care at Bethel Park, LLC d/b/a Meadowcrest Healthcare and Rehabilitation Center
- Guardian Elder Care at Brockway, LLC d/b/a Highland View Healthcare and Rehabilitation Center
- Guardian Elder Care at Fairmont, LLC d/b/a Fairmont Healthcare and Rehabilitation Center
- Guardian Elder Care at Greensburg, LLC d/b/a Oak Hill Healthcare and Rehabilitation Center
- Guardian Elder Care at Lower Burrell, LLC d/b/a Belair Healthcare and Rehabilitation Center
- Guardian Elder Care at Monongahela, LLC d/b/a/ Havencrest Healthcare and Rehabilitation Center
- Guardian Elder Care at Munhall, LLC d/b/a Eldercrest Healthcare and Rehabilitation Center
- Guardian Healthcare FOR Group, LLC
- Guardian Healthcare FOR HUD Master Tenant, LLC
- Guardian Healthcare FOR LLC 99% Holdco, LLC
- Guardian Healthcare GOL LLC 1% Holdco, Inc.

hereby approve the following resolutions of each of the Debtor Entities by unanimous consent in lieu of a meeting:

## <u>AUTHORIZATION TO FILE VOLUNTARY PETITION UNDER CHAPTER 11</u>

**WHEREAS**, the Managers, Directors or Partners, as the case may be, of each of the Debtor Entities have reviewed the financial records of each of the Debtor Entities, have considered the business and financial condition of each of the Debtor Entities, and are aware of the assets, liabilities, potential liabilities and liquidity of each of the Debtor Entities, and have had the opportunity to consult with the management and advisors of each of the Debtor Entities and fully considered all of the strategic alternatives available to each of the Debtor Entities; and

**WHEREAS**, as a result of the current financial situation of the Debtor Entities, it appears that it may be necessary for the Debtor Entities to file for reorganization under chapter 11 (the "**Bankruptcy**") of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Western District of Pennsylvania (the "**Bankruptcy Court**").

**IT IS THEREFORE, RESOLVED**, that the Managers, Directors or Partners, as the case may be, of each of the Debtor Entities have determined in their judgment that it may be desirable and in the best interests of each of the Debtor Entities, their respective creditors and other interested parties to commence the Bankruptcy; and

**FURTHER RESOLVED**, that the Chief Executive Officer, Chief Restructuring Officer, or any other duly appointed officer of each of the Debtor Entities, together with any other person or persons hereafter designated in writing by the Managers, the Board of Directors or the general partner, as the case may be, of the Debtor Entity in question (each individually an "**Authorized Officer**" and collectively the "**Authorized Officers**"), alone or with one or more other Authorized Officers be, and hereby are, authorized and empowered to execute and file on behalf of the applicable Debtor Entities all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the Bankruptcy, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the Bankruptcy, with a view to the successful prosecution of such case; and

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and empowered to, in the name and on behalf of the applicable Debtor Entity, negotiate, make, execute and deliver, either jointly or severally, any and all debtor-in-possession loan documents, and any and all amendments, supplements, modifications, extensions, renewals, replacements, agreements, documents and instruments relating to the foregoing, subject to any requisite Bankruptcy Court approval; provided, however, that notwithstanding their signatures below, Peter C. Varischetti, in his capacity as Manager and as trustee of the 2011 IRR Trust FBO Peter C. Varischetti, in its capacity as general partner of Guardian Healthcare Other PropCo 99% Holdco, and Nicholas D. Varischetti, in his capacity as Manager and as trustee of the 2011 IRR Trust FBO Nicholas D. Varischetti, in its capacity as general partner of Guardian Healthcare Other PropCo 99% Holdco, hereby abstain from consenting to this provision with respect to the Owned Facilities Debtors only; and

**FURTHER RESOLVED**, that in connection with the Debtor Entities' commencement of their chapter 11 cases (together, the "**Chapter 11 Cases**"), the Authorized Officers are authorized and directed to seek approval of a cash collateral order in interim and final form (a "**Cash Collateral Order**"), and the Chief Executive Officer, Chief Restructuring Officer, or any other Authorized Officer, alone or with one or more other Authorized Officers, are authorized, empowered and directed to negotiate, execute and deliver any and all agreements, instruments or documents by or on behalf of the Debtor Entities necessary to implement the Cash Collateral Order, as well as any additional or further agreements for the use of cash collateral in connection with the Chapter 11 Cases, which agreements may require the Debtor Entities to grant liens to the companies' existing lender, and each other agreement, instrument or document to be executed and delivered in connection therewith, all with such changes therein and additions thereto as the Authorized Officers approve, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof, subject to Bankruptcy Court approval; provided, however, that notwithstanding their signatures below, Peter C. Varischetti, in his capacity as Manager and as trustee of the 2011 IRR Trust FBO Peter C. Varischetti, in its capacity as general partner of Guardian Healthcare Other PropCo 99% Holdco, and Nicholas D. Varischetti, in his capacity as Manager and as trustee of the 2011 IRR Trust FBO Nicholas D. Varischetti, in its capacity as general partner of Guardian Healthcare Other PropCo 99% Holdco, hereby abstain from consenting to this provision with respect to the Owned Facilities Debtors only; and

**FURTHER RESOLVED**, that the law firm of Saul Ewing LLP is hereby engaged as general bankruptcy counsel for each Debtor Entity under general retainer in the Bankruptcy, subject to any requisite Bankruptcy Court approval; and

**FURTHER RESOLVED**, that the Debtor Entities' engagement of Eisner Advisory Group LLC ("**Eisner**") as their financial advisor pursuant to the terms of that certain letter agreement with Eisner is hereby ratified, confirmed and approved in all respects and, in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain Eisner in accordance with applicable law; and

**FURTHER RESOLVED**, that the firm of Omni Agent Solutions ("**Omni**") is hereby engaged as notice, claims, and balloting agent and as administrative advisor to represent and assist each of the Debtor Entities in carrying out their respective duties under the Bankruptcy Code and to take any and all actions to advance the each Debtor Entity's rights and remedies and, in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized, empowered, and directed to execute appropriate retention

Docusign Envelope ID: 937C758D-A858-4C8D-83A0-52A721902305

agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain ("**Omni**") in accordance with applicable law; and

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized, empowered, and directed to employ any other professionals to assist the each of the Debtor Entities in carrying out their respective duties under the Bankruptcy Code and, in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

## RATIFICATION OF ALL PRIOR AND FUTURE ACTIONS

**IT IS THEREFORE, RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers or their designees shall be, and each of them, acting alone, hereby is, authorized and empowered, in the name of, and on behalf of, the applicable Debtor Entity, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the foregoing resolutions; and

**FURTHER RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the applicable Debtor Entity, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects ratified and approved; and

**FURTHER RESOLVED**, that these resolutions shall be filed with the records of each Debtor Entity.

*[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]*

52619700.6

Raymond L. Calhoun

Peter C. Varischetti
(subject to Peter C. Varischetti's abstentions from certain
of the foregoing resolutions with respect to certain entities,
as noted above)

Nicholas D. Varischetti
(subject to Nicholas D. Varischetti's abstentions from certain
of the foregoing resolutions with respect to certain entities,
as noted above)

Michael J. Herald

John Gallick

(constituting all of the Managers or all of the Board of Directors, as the case may be, of each of the Non-Partnership
Debtor Entities)

*[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]*

-5-

52619700.6

GENERAL PARTNER:

GUARDIAN HEALTHCARE OTHER
PROPCO 1% HOLDCO, LLC, a Pennsylvania
limited liability company

By: *Michael. J. Herald*
AEED780B905CACB
Name: Michael J. Herald
Title: Chief Executive Officer

LIMITED PARTNER:

GUARDIAN HEALTHCARE OTHER
PROPCO 99% HOLDCO, a Pennsylvania
general partnership

By its General Partners:

2011 IRR Trust FBO Peter C. Varischetti

By: *Peter C. Varischetti*
C06B70EB05E1492
Name: Peter C. Varischetti
Title: Trustee
(subject to Peter C. Varischetti's abstentions from
certain of the foregoing resolutions with respect to
certain entities, as noted above)

2011 IRR Trust FBO Nicholas D. Varischetti

By: _____
1A84476633574FA
Name: Nicholas D. Varischetti
Title: Trustee
(subject to Nicholas D. Varischetti's abstentions
from certain of the foregoing resolutions with
respect to certain entities, as noted above)

IRR Trust of Raymond L. Calhoun &
Michelle L. Calhoun FBO Amanda R.
Calhoun

By: _____
4F0AD80D3BB4484
Name: Amanda R. Baker
Title: Trustee

By: *Justin M. Calhoun*
CE869AA3467C44D
Name: Justin M. Calhoun
Title: Trustee

IRR Trust of Raymond L. Calhoun &
Michelle L. Calhoun FBO Justin M. Calhoun

By: *Justin M. Calhoun*
CE869AA3467C44D
Name: Justin M. Calhoun
Title: Trustee

By: _____
4F0AD80D3BB4484
Name: Amanda R. Baker
Title: Trustee

(constituting all of the Partners, of each of the Partnership Debtor Entity)

| Debtor name | Guardian Elder Care at Johnstown, LLC dba Richland Healthcare and Rehabilitation |
|---|---|

**UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF PENNSYLVANIA**

Case No. (If known) _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1   Pennsylvania Dept. of Human Services c/o Thomas J. Car Health & Welfare Bldg 625 Forster St, 3rd Fl W Harrisburg, PA 17120 | Pennsylvania  Dept. of Human Services Thomas J. Car, Assistant Counsel Tel: 717-783-2800 Email: tcar@pa.gov | Nursing Facility Assessments | Unliquidated & Disputed | | | $26,975,556.16 |
| 2   Highmark Blue Shield Attn: Danielle Blackburn 120 5th Ave, Paphm Pittsburgh, PA 15222 | Highmark Blue Shield Tel: 412-544-7000 Email: Danielle.blackburn@highmark.com | Trade debt | Disputed | | | $3,304,833.60 |
| 3   Cardinal Health Attn: Tammie Young 7000 Cardinal Pl Dublin, OH 43017 | Cardinal Health Tel: 724-316-7277 Fax: 614-652-4037 Email: Tammie.Young@cardinalhealth.com | Trade debt | | | | $735,752.53 |
| 4   Medline Industries, Inc. Attn: Jennifer Wilson 3 Lakes Dr Northfield, IL 60093 | Medline Industries, Inc. Fax: 800-351-1512 Email: wilson@medline.com | Trade debt | | | | $642,694.68 |
| 5   Noridian Healthcare Solutions, LLC Attn: Jesse Score 4510 13th Ave S Fargo, ND 58103 | Noridian Healthcare Solutions, LLC Tel: 855-609-9960 Email: Jesse.Score@noridian.com | Trade debt | | | | $459,117.00 |

| Debtor name | **Guardian Elder Care at Johnstown, LLC dba Richland Healthcare a** | | Case No. (If known) | | | |

**(Continuation Sheet)**

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   Smartlinx Solutions LLC Attn: Maren Jones 240 Middlesex Tpke, Ste 348 Iselin, NJ 08830 | Smartlinx Solutions LLC Tel: 732-258-0174 Fax: 800-737-5786 Email: maren.jones@smartlinsx.com | Trade debt | | | | $344,506.27 |
| 7   Proassurance Specialty Insurance Co. Attn: Kevin Shook 100 Brookwood Pl Birmingham, AL 35259 | Proassurance Specialty Insurance Co. Tel: 205-802-4785 Email: kevinshook@eains.com | Trade debt | | | | $150,000.00 |
| 8   Sysco Attn: Donnisha Mosley 1 Whitney Dr Harmony, PA 16037 | Sysco Email: mosley.donnisha@sbs.sysco.com | Trade debt | | | | $136,570.93 |
| 9   Direct Supply, Inc. Attn: Kim Mockler P.O. Box 88201 Milwaukee, WI 53288 | Direct Supply, Inc. Fax: 800-250-1961 Email: kmockler@directs.com | Trade debt | | | | $119,224.76 |
| 10  Value Drug Co. Attn: Francis Straub 195 Theater Dr P.O. Box 1027 Duncansville, PA 16635 | Value Drug Co. Tel: 814-944-9316 Fax: 814-944-9553 Email: rhollen@ValueDrugCO.com | Trade debt | | | | $99,802.74 |
| 11  Citizens Security Attn: Kelly Phillipsviars 12910 Shelbyville Rd, Ste 300 Louisville, KY 40243 | Citizens Security Tel: 502-244-2420 Fax: 502-254-4063 Email: kelly.phillipsviars@cslico.com | Trade debt | | | | $70,674.00 |

Debtor name  **Guardian Elder Care at Johnstown, LLC dba Richland Healthcare a**  Case No. (If known) _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 12  GLC On-The-Go Inc. Attn: Matthew Shub 55 Weston Rd, Ste 300 Weston, FL 33326 | GLC On-The-Go Inc. Tel: 877-782-3345 Fax: 877-785-5451 Email: receivables@glcgroup.com; mshub@glcgroup.com | Trade debt | | | | $53,887.25 |
| 13  Shiftmed, LLC Attn: Kelly Tseng 7925 Jones Branch Dr, Ste 1100 Mclean, VA 22102 | Shiftmed, LLC Email: Billingsupport@shiftmed.com | Trade debt | | | | $47,516.00 |
| 14  Genie Healthcare Inc. Attn: Umme Haney Shaik 50 Millstone Rd, Bldg 100, Ste 100 E Windsor, NJ 08520 | Genie Healthcare Inc. Tel: 855-888-7333 Fax: 732-451-9121 Email: billing@geniehealthcare.com | Trade debt | | | | $47,380.50 |
| 15  Columbia Ancillary Services, Inc. Attn: Tom Peacock 1388 State Rte 487 Bloomsburg, PA 17815-8953 | Columbia Ancillary Services, Inc. Tel: 800-475-4425 Fax: 570-784-1573 Email: tpeacock@cas.jdkmgt.com | Trade debt | | | | $47,173.31 |
| 16  Focused Staffing Group LLC Attn: Kath Millarosa P.O. Box 5721 Kingwood, TX 77325 | Focused Staffing Group LLC Tel: 484-243-0283 Email: Katherine@focused-staffing.com | Trade debt | | | | $41,406.25 |
| 17  Dedicated Nursing Associates, Inc. Attn: Brittany Lamonna 6536 William Penn Hwy Rt 22, Ste 201 Delmont, PA 15626-2409 | Dedicated Nursing Associates, Inc. Tel: 855-349-6013 Email: AR@dedicatednurses.com | Trade debt | | | | $35,108.25 |

Debtor name  **Guardian Elder Care at Johnstown, LLC dba Richland Healthcare a**    Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18  Waystar Inc.<br>Attn: Matt Hawkins<br>1311 Solutions Ctr.<br>Chicago, IL 60677 | Waystar Inc.<br>Tel: 312-858-1219<br>Email: billinginquiry@waystar.com | Trade debt | | | | $32,198.05 |
| 19  Fusion Medical Staffing LLC<br>Attn: Hillary Saner<br>18881 W Dodge Rd, Ste 300E<br>Elkhorn, NE 68022 | Fusion Medical Staffing LLC<br>Tel: 877-230-3885<br>Fax: 402-769-2387<br>Email: Hillary.Saner@fusionmedstaff.com | Trade debt | | | | $25,829.75 |
| 20  AA Southeast LLC<br>dba Allshifts<br>Attn: Kim Gonzalez<br>P.O. Box 825160<br>Philadelphia, PA 19182-5160 | AA Southeast LLC<br>Tel: 862-339-4075<br>Email: k.gonzalez@allshifts.com | Trade debt | | | | $23,685.24 |
| 21  Physician's Mobile X-Ray, Inc.<br>Attn: Rae Ewer<br>6310 Allentown Blvd, Ste 102<br>Harrisburg, PA 17112 | Physician's Mobile X-Ray, Inc.<br>Email: REWER @PMX-RAY.COM | Trade debt | | | | $23,072.34 |
| 22  Emergycare, Inc.<br>Attn: Paul Bhnken<br>1926 Peach St<br>Erie, PA 16502-2872 | Emergycare, Inc.<br>Email: pbehnken@emergycare.org | Trade debt | | | | $21,979.57 |
| 23  National Healthcare<br>Attn: Ron Hanslovan<br>50 Mahoning St, Ste 100<br>Dubois, PA 15801 | National Healthcare<br>Tel: 814-372-2000<br>Email: nhc@nationalhealthcare.com | Trade debt | | | | $20,748.38 |

Debtor name  **Guardian Elder Care at Johnstown, LLC dba Richland Healthcare a**    Case No. (If known) _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 24  American Medical Equipment<br>Attn: Patty Lust<br>733 Frederick Rd<br>Catonsville, MD 21228 | American Medical Equipment<br>Email: plust@ame-medical.com | Trade debt | | | | $20,453.50 |
| 25  Plex Capital, LLC<br>Attn: Shanra Chianne Franklin<br>9225 Indian Creek Pkwy, Ste 1050<br>Overland Park, KS 66210 | Plex Capital, LLC<br>Tel: 913-229-4224<br>Email: accounting@plexcapital.com | Trade debt | | | | $20,225.84 |
| 26  Marvel Medical Staffing<br>Attn: Jason Shea<br>9394 W Dodge Rd, Ste 300<br>Omaha, NE 68114 | Marvel Medical Staffing<br>Tel: 323-977-4625<br>Email: jasonshea@marvelmedstaff.com | Trade debt | | | | $19,963.73 |
| 27  Sunset Staffing, LLC<br>Attn: Hunter Harris<br>157 Sheffield Dr<br>Sunbury, PA 17801 | Sunset Staffing, LLC<br>Fax: 866-271-1462<br>Email: payroll@sunsetstaffingpros.com | Trade debt | | | | $18,615.50 |
| 28  Fame Emergency Medical Services<br>Attn: Julie Whitsel<br>701 Valley St<br>Lewistown, PA 17044 | Fame Emergency Medical Services<br>Email: jwhitsel@fameems.org | Trade debt | | | | $17,458.90 |
| 29  Hancock County Workshop<br>Attn: Melissa Perkins<br>1100 Pennsylvania Ave<br>Weirton, WV 26062 | Hancock County Workshop<br>Fax: 304-748-3910<br>Email: mperkins718@comcast.net | Trade debt | | | | $15,716.18 |
| 30  Prime Time Healthcare LLC<br>Attn: Brendan Garvey<br>P.O. Box 3544<br>Omaha, NE 68103-0544 | Prime Time Healthcare LLC<br>Tel: 402-933-6700<br>Fax: 402-933-6710<br>Email: Bgarvey@primetimehealthcare.com | Trade debt | | | | $14,047.50 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re | Chapter 11 |
| GUARDIAN ELDER CARE AT JOHNSTOWN, LLC, d/b/a/ RICHLAND HEALTHCARE AND REHABILITATION CENTER, *et al.*, | Case No. 24-[●] |
| | Joint Administration Requested |
| Debtors.[1] | |
| GUARDIAN ELDER CARE AT JOHNSTOWN, LLC, d/b/a/ RICHLAND HEALTHCARE AND REHABILITATION CENTER, *et al.*, | |
| v. | |
| NO RESPONDENT | |

**COMBINED CORPORATE OWNERSHIP STATEMENT**
**AND LIST OF EQUITY SECURITY HOLDERS PURSUANT TO**
**FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), and 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Guardian Elder Care at Johnstown, LLC d/b/a Richland Healthcare and Rehabilitation Center and certain of its affiliates, who are debtors and debtors in possession in the above-captioned cases (each a "**Debtor**" and collectively, the "**Debtors**"), hereby state as follows:

1.    Debtor Guardian Healthcare Management Services Holdco, LLC ("**Management HoldCo**") is owned as follows: (i) 33% by the 2011 IRR Trust f/b/o Peter C. Varischetti; (ii) 33% by the 2011 IRR Trust f/b/o Nicholas D. Varischetti; (iii) 17% by the IRR Trust of Raymond L. Calhoun and Michelle L. Calhoun f/b/o Amanda R. Calhoun; and (iv) 17% by the IRR Trust of Raymond L. Calhoun and Michelle L. Calhoun f/b/o Justin M. Calhoun.

---

[1]    The last four digits of Guardian Elder Care at Johnstown, LLC d/b/a Richland Healthcare and Rehabilitation Center's federal tax identification number are 7907.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Guardian.  The Debtors' mailing address is: 8796 Route 219, Brockway, Pennsylvania 15824.

2.       Debtors Guardian Healthcare Home Office I, LLC, Guardian Healthcare Home Office II, LLC and Guardian Healthcare Home Office IV, LLC are each owned 100% by Management HoldCo.

3.       Debtors Guardian Healthcare GOL LLC 99% Holdco, LLC and Guardian Healthcare GOL LLC 1% Holdco, Inc are each owned as follows: (i) 33% by the 2011 IRR Trust f/b/o Peter C. Varischetti; (ii) 33% by the 2011 IRR Trust f/b/o Nicholas D. Varischetti; (iii) 17% by the IRR Trust of Raymond L. Calhoun and Michelle L. Calhoun f/b/o Amanda R. Calhoun; and (iv) 17% by the IRR Trust of Raymond L. Calhoun and Michelle L. Calhoun f/b/o Justin M. Calhoun.

4.       Debtor Guardian Healthcare GOL Group, LLC ("**Guardian GOL Group**")is owned as follows: (i) 99% by Debtor Guardian Healthcare GOL LLC 99% Holdco, LLC; and (ii) 1% by Debtor Guardian Healthcare GOL LLC 1% Holdco, Inc.

5.       Debtor Guardian GOL Group owns 100% of each of the following entities: Guardian Elder Care at Johnstown, LLC d/b/a Richland Healthcare and Rehabilitation Center, Guardian Elder Care at Altoona, LLC d/b/a Hillview Healthcare and Rehabilitation Center, Guardian Elder Care at Clarion, LLC d/b/a Clarion Healthcare and Rehabilitation Center, Guardian Elder Care at Erie I, LLC d/b/a Western Reserve Healthcare and Rehabilitation Center, Guardian Elder Care at Erie II, LLC d/b/a Walnut Creek Healthcare and Rehabilitation Center, Guardian Elder Care at Hastings, LLC d/b/a Haida Healthcare and Rehabilitation Center, Guardian Elder Care at Lewistown, LLC d/b/a William Penn Reserve Healthcare and Rehabilitation Center, Guardian Elder Care at Meyersdale, LLC d/b/a Meyersdale Healthcare and Rehabilitation Center, Guardian Elder Care at Oil City, LLC d/b/a Oil City Healthcare and Rehabilitation Center, Guardian Elder Care at Shippenville, LLC d/b/a Shippenville Healthcare and Rehabilitation Center, Guardian Elder Care at Titusville, LLC d/b/a Titusville Healthcare and Rehabilitation Center, Guardian Elder Care at Uniontown, LLC d/b/a Uniontown Healthcare and Rehabilitation Center, Guardian Elder Care at Warren, LLC d/b/a Kinzua Healthcare and Rehabilitation Center, Guardian Elder Care at Waynesburg, LLC d/b/a Waynesburg Healthcare and Rehabilitation Center.

6.       Debtors Guardian Healthcare Pharmacy, LLC Guardian Healthcare Rehabilitation Services, LLC and Guardian Healthcare Home & Community Services, LLC are each owned 100% by non-debtor Guardian Healthcare Ancillary Services Holdco, LLC (the "**Ancillary Services Holdco**").

7.       Debtors Guardian Elder Care at Beaver Falls, LLC d/b/a Beaver Valley Healthcare and Rehabilitation Center, Guardian Elder Care at Bethel Park, LLC d/b/a Meadowcrest Healthcare and Rehabilitation Center, Guardian Elder Care at Fairmont, LLC d/b/a Fairmont Healthcare and Rehabilitation Center, Guardian Elder Care at Greensburg, LLC d/b/a Oak Hill Healthcare and Rehabilitation Center, Guardian Elder Care at Lower Burrell, LLC d/b/a Belair Healthcare and Rehabilitation Center, Guardian Elder Care at Monongahela, LLC d/b/a/ Havencrest Healthcare and Rehabilitation Center and Guardian Elder Care at

2

Munhall, LLC d/b/a Eldercrest Healthcare and Rehabilitation Center are each owned 100% by debtor Guardian Healthcare FOR Group, LLC.

8.      Debtor Guardian Healthcare FOR Group, LLC is owned 99% by Debtor Guardian Healthcare FOR LLC 99% Holdco, LLC and Debtor Guardian Healthcare FOR LLC 1% Holdco Inc. (together, the "**Guardian FOR OpCo Holdcos**").

9.      Debtor Guardian Healthcare FOR HUD Master Tenant, LLC is owned 100% by Debtor Guardian Healthcare FOR LLC 99% Holdco, LLC.

10.     Debtor Guardian Elder Care at Brockway, LLC d/b/a Highland View Healthcare and Rehabilitation Center is owned 100% by non-debtor Guardian Healthcare FIN Group, LLC, which is in turn owned 99% by non-debtor Guardian Healthcare FIN LLC 99% Holdco, LLC and 1% by non-debtor Guardian Healthcare FIN LLC 1% Holdco Inc. (together, the "**Guardian FIN OpCo Holdcos**").

11.     Debtors GEC Beaver Falls Real Estate, LLC, GEC Bethel Park Real Estate, LLC, GEC Fairmont Real Estate, LLC, GEC Greensburg Real Estate, LLC, GEC Lower Burrell Real Estate, LLC, GEC Monongahela Real Estate, LLC, and GEC Munhall Real Estate, LLC are each owned 100% by non-debtor Guardian Healthcare FOR Propco 100% Holdco, LLC, which is in turn owned 100% by non-debtor Guardian Healthcare FOR Intermediary, LLC.

12.     Debtor GEC Highland View, LP is owned 99% by non-debtor holding company Guardian Healthcare Other Propco 99% Holdco and 1% by Guardian Healthcare Other Propcoo 1% Holdco, LLC (together with Guardian Healthcare FOR Intermediary, LLC, the "**Owned Propco Holdcos**").

13.     The Ancillary Services Holdco, the Guardian FOR OpCo Holdcos the Guardian FIN OpCo Holdcos and the Owned PropCo Holdcos  are each owned as follows: (i) 33% by the 2011 IRR Trust f/b/o Peter C. Varischetti; (ii) 33% by the 2011 IRR Trust f/b/o Nicholas D. Varischetti; (iii) 17% by the IRR Trust of Raymond L. Calhoun and Michelle L. Calhoun f/b/o Amanda R. Calhoun; and (iv) 17% by the IRR Trust of Raymond L. Calhoun and Michelle L. Calhoun f/b/o Justin M. Calhoun.

**Fill in this information to identify the case and this filing:**

Debtor Name  Guardian Elder Care at Johnstown, LLC d/b/a Richland Healthcare and Rehabilitation Center, et al.

United States Bankruptcy Court for the:  Western _____ District of  Pennsylvania
                                                                              (State)

Case number (*If known*):  _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑  Other document that requires a
    declaration  Combined Corporate Ownership Statement and List of Equity Security Holders _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/29/2024            ✘ /s/ Allen Wilen _____
             MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                      Allen Wilen _____
                                      Printed name

                                      Chief Restructuring Officer _____
                                      Position or relationship to debtor