# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Guardian Elder Care at Johnstown, LLC, d/b/a
Richland Healthcare and Rehabilitation Center,

Case No. 24-70299-JAD

Chapter 11

    Debtor.

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

    Please enter the appearance of Timothy J. Fox, Jr. on behalf of the United States Trustee in the above captioned matter.

    Respectfully Submitted,

    ANDREW R. VARA
    UNITED STATES TRUSTEE
    Regions 3 and 9

By: */s/ Timothy J. Fox*
    Timothy J. Fox, Jr. (Delaware Bar No. 6737
    & Virginia Bar No. 86157)
    Trial Attorney
    Office of the United States Trustee
    J. Caleb Boggs Federal Building
    844 King Street, Ste. 2207, Lockbox 35
    Wilmington, DE 19801
    (302) 573-6491
    (302) 573-6497 (fax)
    Timothy.Fox@usdoj.gov