## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | Chapter 11 |
| GUARDIAN ELDER CARE AT JOHNSTOWN, LLC, d/b/a/ RICHLAND HEALTHCARE AND REHABILITATION CENTER, *et al.*, | Case No. 24-70299 (JAD) |
| | (Jointly Administered) |
| Debtors.[1] | |
| GUARDIAN ELDER CARE AT JOHNSTOWN, LLC, d/b/a/ RICHLAND HEALTHCARE AND REHABILITATION CENTER, *et al.*, | |
| v. | |
| NO RESPONDENT | |

## CERTIFICATE OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions, Inc., (**"Omni"**), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 29, 2024, at my direction and under my supervision, employees of Omni caused true and correct copies of the following documents to be via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Debtors' Emergency Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 11]**

- **Order Directing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 13]**

- **Application of Debtors for Order Appointing Omni Agent Solutions, Inc. as Claims and Noticing Agent Under 28 U.S.C. § 156(c), 11 U.S.C. § 105(a), and W. PA. LBR 1002-8, Effective as of the Petition Date [Docket No. 14]**

- **Debtors' Emergency Motion for an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' 30 Largest Unsecured Creditors, and (III) Establishing Patient Notice Procedures [Docket No. 15]**

- **Debtors' Emergency Motion for an Order Establishing Certain Notice, Case Management and Administrative Procedures, Including Omnibus Hearing Dates and Times [Docket No. 16]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Guardian Elder Care at Johnstown, LLC d/b/a Richland Healthcare and Rehabilitation Center (7907); Guardian Healthcare GOL Group, LLC (4654); Guardian Elder Care at Altoona, LLC d/b/a Hillview Healthcare and Rehabilitation Center (8592); Guardian Elder Care at Clarion, LLC d/b/a Clarion Healthcare and Rehabilitation Center (3127); Guardian Elder Care at Erie I, LLC d/b/a Western Reserve Healthcare and Rehabilitation Center (1634); Guardian Elder Care at Erie II, LLC d/b/a Walnut Creek Healthcare and Rehabilitation Center (8662); Guardian Elder Care at Hastings, LLC d/b/a Haida Healthcare and Rehabilitation Center (8735); Guardian Elder Care at Lewistown, LLC d/b/a William Penn Reserve Healthcare and Rehabilitation Center (3140); Guardian Elder Care at Meyersdale, LLC d/b/a Meyersdale Healthcare and Rehabilitation Center (1849); Guardian Elder Care at Oil City, LLC d/b/a Oil City Healthcare and Rehabilitation Center (1765); Guardian Elder Care at Shippenville, LLC d/b/a Shippenville Healthcare and Rehabilitation Center (2020); Guardian Elder Care at Titusville, LLC d/b/a Titusville Healthcare and Rehabilitation Center (1954); Guardian Elder Care at Uniontown, LLC d/b/a Uniontown Healthcare and Rehabilitation Center (1887); Guardian Elder Care at Warren, LLC d/b/a Kinzua Healthcare and Rehabilitation Center (3113); Guardian Elder Care at Waynesburg, LLC d/b/a Waynesburg Healthcare and Rehabilitation Center (7947); Guardian Healthcare GOL LLC 99% Holdco, LLC (8015); Guardian Healthcare GOL LLC 1% Holdco, Inc. (1213); Guardian Healthcare Management Services Holdco, LLC (6540); Guardian Healthcare Home Office I, LLC (3053); Guardian Healthcare Home Office II, LLC (7328); and Guardian Healthcare Home Office IV, LLC (0553). The Debtors' mailing address is: 8796 Route 219, Brockway, PA 15824.

- **Debtors' Emergency Motion for an Order Approving Certain Procedures to Maintain the Confidentiality of Patient Information as Required by Applicable Privacy Rules [Docket No. 17]**

- **Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [Docket No. 18]**

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [Docket No. 20]**

- **Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue Insurance Policies and Agreements Relating Thereto, (II) Honor Certain Prepetition Obligations in Respect Thereof, (III) Renew, Revise, Extend, Supplement or Enter into New Insurance Coverage and Insurance Premium Financing as Needed, and (IV) Continue to Honor Insurance Premium Financing Obligations [Docket No. 21]**

- **Debtors' Motion for Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations, (II) Authorizing Continuation of Ordinary Course Intercompany Transactions, (III) Extending Time to Comply with the Requirements of 11 U.S.C. 345(b), and (IV) Granting Related Relief [Docket No. 28]**

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Compensation Obligations and (B) Maintain The Compensation and Benefits Programs, and (II) Granting Related Relief [Docket No. 29]**

- **Debtors' Emergency Motion for Entry of an Order Extending the Time within which Debtors Must File their Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 30]**

- **The Cuarzo Portfolio Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Senior Secured, Superpriority Postpetition Financing and (B) the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [Docket No. 31]**

- **The Owned Portfolio/Ancillary Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Senior Secured, Superpriority Postpetition Financing and (B) the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [Docket No. 34]**

- **Request for Emergency Consideration of First Day Motions [Docket No. 36]**

- **Notice and Order Setting Hearing on Expedited Basis [Docket No. 38]**

- **Notice of Agenda of Matters Scheduled for Hearing on July 31, 2024 at 2:00 PM (ET) [Docket No. 40]**

On July 29, 2024, at my direction and under my supervision, employees of Omni caused true and correct copies of the following documents to be via the method set forth on the Clerk Service List attached hereto as **Exhibit B**:

- **Application of Debtors for Order Appointing Omni Agent Solutions, Inc. as Claims and Noticing Agent Under 28 U.S.C. § 156(c), 11 U.S.C. § 105(a), and W. PA. LBR 1002-8, Effective as of the Petition Date [Docket No. 14]**

- **Request for Emergency Consideration of First Day Motions [Docket No. 36]**

- **Notice and Order Setting Hearing on Expedited Basis [Docket No. 38]**

- **Notice of Agenda of Matters Scheduled for Hearing on July 31, 2024 at 2:00 PM (ET) [Docket No. 40]**

On July 29, 2024, at my direction and under my supervision, employees of Omni caused true and correct copies of the following documents to be via the method set forth on the Utilities Service List attached hereto as **Exhibit C**:

- **Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [Docket No. 18]**

- **Request for Emergency Consideration of First Day Motions [Docket No. 36]**

- **Notice and Order Setting Hearing on Expedited Basis [Docket No. 38]**

- **Notice of Agenda of Matters Scheduled for Hearing on July 31, 2024 at 2:00 PM (ET) [Docket No. 40]**

On July 29, 2024, at my direction and under my supervision, employees of Omni caused true and correct copies of the following documents to be via the method set forth on the Tax Service List attached hereto as **Exhibit D**:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [Docket No. 20]**

- **The Cuarzo Portfolio Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Senior Secured, Superpriority Postpetition Financing and (B) the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [Docket No. 31]**

- **The Owned Portfolio/Ancillary Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Senior Secured, Superpriority Postpetition Financing and (B) the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [Docket No. 34]**

- **Request for Emergency Consideration of First Day Motions [Docket No. 36]**

- **Notice and Order Setting Hearing on Expedited Basis [Docket No. 38]**

- **Notice of Agenda of Matters Scheduled for Hearing on July 31, 2024 at 2:00 PM (ET) [Docket No. 40]**

On July 29, 2024, at my direction and under my supervision, employees of Omni caused true and correct copies of the following documents to be via the method set forth on the Insurance Service List attached hereto as **Exhibit E**:

- **Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue Insurance Policies and Agreements Relating Thereto, (II) Honor Certain Prepetition Obligations in Respect Thereof, (III) Renew, Revise, Extend, Supplement or Enter into New Insurance Coverage and Insurance Premium Financing as Needed, and (IV) Continue to Honor Insurance Premium Financing Obligations [Docket No. 21]**

- **Request for Emergency Consideration of First Day Motions [Docket No. 36]**

- **Notice and Order Setting Hearing on Expedited Basis [Docket No. 38]**

- **Notice of Agenda of Matters Scheduled for Hearing on July 31, 2024 at 2:00 PM (ET) [Docket No. 40]**

On July 29, 2024, at my direction and under my supervision, employees of Omni caused true and correct copies of the following documents to be via the method set forth on the Bank Service List attached hereto as **Exhibit F**:

- **Debtors' Motion for Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations, (II) Authorizing Continuation of Ordinary Course Intercompany Transactions, (III) Extending Time to Comply with the Requirements of 11 U.S.C. 345(b), and (IV) Granting Related Relief [Docket No. 28]**

- **Request for Emergency Consideration of First Day Motions [Docket No. 36]**

- **Notice and Order Setting Hearing on Expedited Basis [Docket No. 38]**

- **Notice of Agenda of Matters Scheduled for Hearing on July 31, 2024 at 2:00 PM (ET) [Docket No. 40]**

On July 29, 2024, at my direction and under my supervision, employees of Omni caused true and correct copies of the following documents to be via the method set forth on the Employee Benefit Service List attached hereto as **Exhibit G**:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Compensation Obligations and (B) Maintain The Compensation and Benefits Programs, and (II) Granting Related Relief [Docket No. 29]**

- **Request for Emergency Consideration of First Day Motions [Docket No. 36]**

- **Notice and Order Setting Hearing on Expedited Basis [Docket No. 38]**

- **Notice of Agenda of Matters Scheduled for Hearing on July 31, 2024 at 2:00 PM (ET) [Docket No. 40]**

On July 29, 2024, at my direction and under my supervision, employees of Omni caused true and correct copies of the following documents to be via the method set forth on the Secured Party Service List attached hereto as **Exhibit H**:

- **The Cuarzo Portfolio Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Senior Secured, Superpriority Postpetition Financing and (B) the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [Docket No. 31]**

- **The Owned Portfolio/Ancillary Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Senior Secured, Superpriority Postpetition Financing and (B) the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [Docket No. 34]**

- **Request for Emergency Consideration of First Day Motions [Docket No. 36]**

- **Notice and Order Setting Hearing on Expedited Basis [Docket No. 38]**

- **Notice of Agenda of Matters Scheduled for Hearing on July 31, 2024 at 2:00 PM (ET) [Docket No. 40]**

Dated: July 30, 2024

 

Randy Lowry
Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

{State of California           }
{                              } ss.
{County of Los Angeles         }

Subscribed and sworn to (or affirmed) before me on this 20th day of _____July_____, 20 24, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

# **EXHIBIT A**

**Exhibit A**

Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | AA Southeast LLC | dba Allshifts<br>Attn: Kim Gonzalez<br>P.O. Box 825160<br>Philadelphia, PA 19182-5160 | k.gonzalez@allshifts.com | Email |
| 30 Largest | American Medical Equipment | Attn: Patty Lust<br>733 Frederick Rd<br>Catonsville, MD 21228 | plust@ame-medical.com | Email |
| *NOA - Counsel to Public Credit, LLC | Campbell & Levine, LLC | Attn: Paul Cordaro<br>310 Grant St, Ste 1700<br>Pittsburgh, PA 15219 | pcordaro@camlev.com | Email |
| *NOA - Counsel to Public Credit, LLC | Campbell & Levine, LLC | Attn: Jeanne S Lofgren<br>310 Grant St, Ste 1700<br>Pittsburgh, PA 15219 | jlofgren@camlev.com | Email |
| 30 Largest | Cardinal Health | Attn: Tammie Young<br>7000 Cardinal Pl<br>Dublin, OH 43017 | Tammie.Young@cardinalhealth.com | Email |
| 30 Largest | Citizens Security | Attn: Kelly Phillipsviars<br>12910 Shelbyville Rd, Ste 300<br>Louisville, KY 40243 | kelly.phillipsviars@cslico.com | Email |
| 30 Largest | Columbia Ancillary Services, Inc. | Attn: Tom Peacock<br>1388 State Rte 487<br>Bloomsburg, PA 17815-8953 | tpeacock@cas.jdkmgt.com | Email |
| Attorneys General | Commonwealth of Pennsylvania Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | Overnight Mail |
| 30 Largest | Dedicated Nursing Associates, Inc. | Attn: Brittany Lamonna<br>6536 William Penn Hwy Rt 22, Ste 201<br>Delmont, PA 15626-2409 | AR@dedicatednurses.com | Email |
| 30 Largest | Direct Supply, Inc. | Attn: Kim Mockler<br>P.O. Box 88201<br>Milwaukee, WI 53288 | kmockler@directs.com | Email |
| 30 Largest | Emergycare, Inc. | Attn: Paul Bhnken<br>1926 Peach St<br>Erie, PA 16502-2872 | pbehnken@emergycare.org | Email |
| Counsel to the Cuarzo Landlords | Erie Acquisition LLC | c/o Matt Williams, Esq.<br>Fultz Maddox Dickens PLC<br>101 S Fifth St, 27th Fl<br>Louisville, KY 40202-3116 | mwilliams@fmdlegal.com | Email |
| 30 Largest | Fame Emergency Medical Services | Attn: Julie Whitsel<br>701 Valley St<br>Lewistown, PA 17044 | jwhitsel@fameems.org | Email |
| 30 Largest | Focused Staffing Group LLC | Attn: Kath Millarosa<br>P.O. Box 5721<br>Kingwood, TX 77325 | Katherine@focused-staffing.com | Email |
| 30 Largest | Fusion Medical Staffing LLC | Attn: Hillary Saner<br>18881 W Dodge Rd, Ste 300E<br>Elkhorn, NE 68022 | Hillary.Saner@fusionmedstaff.com | Email |
| 30 Largest | Genie Healthcare Inc. | Attn: Umme Haney Shaik<br>50 Millstone Rd, Bldg 100, Ste 100<br>E Windsor, NJ 08520 | billing@geniehealthcare.com | Email |
| 30 Largest | GLC On-The-Go Inc. | Attn: Matthew Shub<br>55 Weston Rd, Ste 300<br>Weston, FL 33326 | receivables@glcgroup.com;<br>mshub@glcgroup.com | Email |
| *NOA - Counsel for S&T Bank | Grenen & Birsic, P.C. | Attn: James F Grenen<br>One Gateway Ctr, 9th Fl<br>Pittsburgh, PA 15222 | jgrenen@grenenbirsic.com | Email |
| *NOA - Counsel for S&T Bank | Grenen & Birsic, P.C. | Attn: Joseph S Sisca<br>One Gateway Ctr, 9th Fl<br>Pittsburgh, PA 15222 | jsisca@grenenbirsic.com | Email |
| 30 Largest | Hancock County Workshop | Attn: Melissa Perkins<br>1100 Pennsylvania Ave<br>Weirton, WV 26062 | mperkins718@comcast.net | Email |
| 30 Largest | Highmark Blue Shield | Attn: Danielle Blackburn<br>120 5th Ave, Paphm<br>Pittsburgh, PA 15222 | Danielle.blackburn@highmark.com | Email |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30133<br>Philadelphia, PA 19104-5016 | | Overnight Mail |
| Unions | International Brotherhood of Teamsters | Attn: General Counsel<br>25 Louisiana Ave, NW<br>Washington, D.C. 20001 | | Overnight Mail |
| Counsel to KeyBank, N.A. | KeyBank, N.A. | c/o Melissa S. Giberson, Esq.<br>Vorys, Sater, Seymour and Pease LLP<br>52 E Gay St<br>Columbus, OH 43215 | msgiberson@vorys.com | Email |
| Counsel to KeyBank, N.A. | KeyBank, N.A. | c/o Kari B. Coniglio, Esq.<br>Vorys, Sater, Seymour and Pease LLP<br>200 Public Sq, Ste 1400<br>Cleveland, OH 44114-2327 | kbconiglio@vorys.com | Email |
| 30 Largest | Marvel Medical Staffing | Attn: Jason Shea<br>9394 W Dodge Rd, Ste 300<br>Omaha, NE 68114 | jasonshea@marvelmedstaff.com | Email |
| 30 Largest | Medline Industries, Inc. | Attn: Jennifer Wilson<br>3 Lakes Dr<br>Northfield, IL 60093 | wilson@medline.com | Email |
| 30 Largest | National Healthcare | Attn: Ron Hanslovan<br>50 Mahoning St, Ste 100<br>Dubois, PA 15801 | nhc@nationalhealthcare.com | Email |

**Exhibit A**

**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | Noridian Healthcare Solutions, LLC | Attn: Jesse Score<br>4510 13th Ave S<br>Fargo, ND 58103 | Jesse.Score@noridian.com | Email |
| *NOA - Office of the United States Trustee | Office of the United States Trustee | Attn: William Buchanan<br>William S Moorhead Federal Bldg<br>1000 Liberty Ave, Ste 1316<br>Pittsburgh, PA 15222 | William.Buchanan@usdoj.gov | Email |
| *NOA - Office of the United States Trustee | Office of the United States Trustee | Attn: Timothy J Fox<br>J Caleb Boggs Federal Bldg<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Timothy.Fox@usdoj.gov | Email |
| *NOA - Office of the United States Trustee | Office of the United States Trustee | Attn: Kate M Bradley<br>William S Moorhead Federal Bldg<br>1000 Liberty Ave, Ste 1316<br>Pittsburgh, PA 15222 | Kate.M.Bradley@usdoj.gov | Email |
| UST | Office of the United States Trustee | For the Western District of Pennsylvania<br>Attn: Timothy J. Fox, Jr., Esq.<br>Federal Bldg<br>1000 Liberty Ave, Ste 1316<br>Pittsburgh, PA 15222 | Timothy.fox@usdoj.gov | Email |
| UST | Office of the United States Trustee | For the Western District of Pennsylvania<br>Attn: Elvina Rofael, Esq.<br>Federal Bldg<br>1000 Liberty Ave, Ste 1316<br>Pittsburgh, PA 15222 | elvina.rofael@usdoj.gov | Email |
| UST | Office of the United States Trustee | For the Western District of Pennsylvania<br>Attn: William Buchanan, Esq.<br>Federal Bldg<br>1000 Liberty Ave, Ste 1316<br>Pittsburgh, PA 15222 | William.Buchanan@usdoj.gov | Email |
| Attorneys General | Ohio Attorney General | 30 E Broad St, 14th Fl<br>Columbus, OH 43215 | | Overnight Mail |
| Pennsylvania Department of Health | Pennsylvania Department of Health | Health and Welfare Bldg<br>8th Fl W<br>625 Forster St<br>Harrisburg, PA 17120 | | Overnight Mail |
| Pennsylvania Department of Human Services | Pennsylvania Department of Human Services | c/o Thomas J. Car, Assistant Counsel<br>Health & Welfare Bldg, Third Fl W<br>625 Forster St<br>Harrisburg, PA 17120 | | Overnight Mail |
| 30 Largest | Pennsylvania Dept. of Human Services | c/o Thomas J. Car<br>Health & Welfare Bldg<br>625 Forster St, 3rd Fl W<br>Harrisburg, PA 17120 | tcar@pa.gov | Email |
| 30 Largest | Physician's Mobile X-Ray, Inc. | Attn: Rae Ewer<br>6310 Allentown Blvd, Ste 102<br>Harrisburg, PA 17112 | REWER@PMX-RAY.COM | Email |
| 30 Largest | Plex Capital, LLC | Attn: Shanra Chianne Franklin<br>9225 Indian Creek Pkwy, Ste 1050<br>Overland Park, KS 66210 | accounting@plexcapital.com | Email |
| 30 Largest | Prime Time Healthcare LLC | Attn: Brendan Garvey<br>P.O. Box 3544<br>Omaha, NE 68103-0544 | Bgarvey@primetimehealthcare.com | Email |
| 30 Largest | Proassurance Specialty Insurance Co. | Attn: Kevin Shook<br>100 Brookwood Pl<br>Birmingham, AL 35259 | kevinshook@eains.com | Email |
| Counsel to Public Credit, LLC | Public Credit LLC | Attn: Mark A. Freemer, CFO<br>1308 Main St<br>Brockway, PA 15824 | | Overnight Mail |
| Counsel to Public Credit, LLC | Public Credit LLC | c/o Paul Cordaro, Esq.<br>Campbell & Levine, LLC<br>310 Grant St, Ste 1700<br>Pittsburgh, PA 15219 | pcordaro@camlev.com | Email |
| Counsel to S&T Bank | S&T Bank | c/o Daniel J. Birsic, Esq<br>Grenen & Birsic, PC<br>One Gateway Ctr, 9th Fl<br>Pittsburgh, PA 15222 | dbirsic@grenenbirsic.com | Email |
| Counsel to S&T Bank | S&T Bank | c/o Joseph S. Sisca, Esq.<br>Grenen & Birsic, PC<br>One Gateway Ctr, 9th Fl<br>Pittsburgh, PA 15222 | jsisca@grenenbirsic.com | Email |
| Unions | SEIU Healthcare Pennsylvania, CTW, CLC | 1500 N 2nd St<br>Harrisburg, PA 17102 | | Overnight Mail |
| Unions | Service Employees International Union | Attn: Legal Dept<br>1800 Massachusetts Ave NW<br>Washington, DC 20036 | | Overnight Mail |
| 30 Largest | Shiftmed, LLC | Attn: Kelly Tseng<br>7925 Jones Branch Dr, Ste 1100<br>Mclean, VA 22102 | Billingsupport@shiftmed.com | Email |
| 30 Largest | Smartlinx Solutions LLC | Attn: Maren Jones<br>240 Middlesex Tpke, Ste 348<br>Iselin, NJ 08830 | maren.jones@smartlinsx.com | Email |
| 30 Largest | Sunset Staffing, LLC | Attn: Hunter Harris<br>157 Sheffield Dr<br>Sunbury, PA 17801 | payroll@sunsetstaffingpros.com | Email |
| 30 Largest | Sysco | Attn: Donnisha Mosley<br>1 Whitney Dr<br>Harmony, PA 16037 | mosley.donnisha@sbs.sysco.com | Email |
| Unions | The Retail, Wholesale and Department Store Union | 370 Seventh Ave, Ste 501<br>New York, NY 10001 | | Overnight Mail |

GUARDIAN ELDER CARE AT JOHNSTOWN, LLC, d/b/a/ RICHLAND HEALTHCARE AND REHABILITATION CENTER,  (Case No. 24-70299)

**Exhibit A**

**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Unions | United Mine Workers of America | 18354 Quantico Gateway Dr, Ste 200<br>Triangle, VA 22172 | | Overnight Mail |
| US Attorney | United States Attorney for the Northern District of West Virginia | Wheeling Branch<br>Frederick P. Stamp, Jr. Federal Bldg and U.S. Courthouse<br>Ste 3000<br>1125 Chapline St<br>Wheeling, WV 26003 | | Overnight Mail |
| US Attorney | United States Attorney's Office | For the Western District of Pennsylvania<br>Attn: Eric G Olshan<br>Joseph F Weis, Jr United States Courthouse<br>700 Grant St, Ste 4000<br>Pittsburgh, PA 15219 | | Overnight Mail |
| US Attorney | United States Attorney's Office | Middle District of Pennsylvania<br>William J. Nealon Federal Bldg and Courthouse<br>235 N. Washington Ave, Ste 311<br>Scranton, PA 18503 | | Overnight Mail |
| Unions | United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, | Allied Industrial and Services Workers International Union United Steelworkers on Behalf of Local 8041-01<br>60 Blvd of the Allies<br>Pittsburgh, PA 15222 | | Overnight Mail |
| 30 Largest | Value Drug Co. | Attn: Francis Straub<br>195 Theater Dr<br>P.O. Box 1027<br>Duncansville, PA 16635 | rhollen@ValueDrugCO.com | Email |
| *NOA - Counsel for KeyBank National Association | Vorys, Sater, Seymour and Pease LLP | Attn: Michael P Oliverio<br>500 Grant St, Ste 4900<br>Pittsburgh, PA 15219-2502 | mpoliverio@vorys.com | Email |
| 30 Largest | Waystar Inc. | Attn: Matt Hawkins<br>1311 Solutions Ctr.<br>Chicago, IL 60677 | billinginquiry@waystar.com | Email |
| Attorneys General | West Virginia Attorney General's Office | 404 Hamlet Way<br>Charleston, WV 25314 | | Overnight Mail |
| Information on File | | | | Email |
| Information on File | | | | Email |
| Information on File | | | | Overnight Mail |
| Information on File | | | | Email |
| Information on File | | | | Email |
| Information on File | | | | Email |

# **EXHIBIT B**

**Exhibit B**
Clerk Service List

| Description | Name | Address | | | | Method of Service |
|---|---|---|---|---|---|---|
| Clerk of Court | US Bankruptcy Court | Attn: Clerk of the Court | 5414 US Steel Tower | 600 Grant St | Pittsburgh, PA 15219 | Overnight Mail |

**EXHIBIT C**

**Exhibit C**
Utilities Service List

| Description | Name | Address | | Email | Method of Service |
|---|---|---|---|---|---|
| Utilities | Armstrong Group | P.O. Box 37749 | Philadelphia, PA 19101-5049 | | Overnight Mail |
| Utilities | Armstrong Group | 437 N Main St | Butler, PA 16001 | | Overnight Mail |
| Utilities | AT&T | 208 S Akard St | Dallas, TX 75202 | | Overnight Mail |
| Utilities | AT&T | P.O. Box 105068 | Atlanta, GA 30348 | | Overnight Mail |
| Utilities | BCN Telecom | P.O. Box 830259 | Philadelphia, PA 19182-0259 | customerservice@bcntele.com | Email |
| Utilities | BCN Telecom | 1200 Mt Kemble Ave, Ste 310 | Morristown, NJ 07960 | customerservice@bcntele.com | Email |
| Utilities | Beaver Falls Municipal Authority | 1425 8th Ave | Beaver Falls, PA 15010 | | Overnight Mail |
| Utilities | Bluestone Medical, Inc | 2807 Villa Way | Newport Beach, CA 92663 | | Overnight Mail |
| Utilities | Bluestone Medical, Inc | P.O. Box 63907 | Irvine, CA 92602 | | Overnight Mail |
| Utilities | Breezeline | 3 Batterymarch Park, Ste 200 | Quincy, MA 02169 | | Overnight Mail |
| Utilities | Breezeline | P.O. Box 371801 | Pittsburgh, PA 15250-7801 | | Overnight Mail |
| Utilities | Breezeline | P.O. Box 71801 | Pittsburgh, PA 15250 | | Overnight Mail |
| Utilities | Brockway Area Sewage Authority | 501 Main St | Brockway, PA 15824 | | Overnight Mail |
| Utilities | Brockway Television | 501 Main St | Brockway, PA 15824 | | Overnight Mail |
| Utilities | Carroll Township Sewer Authority | 130 Baird St | Monongahela, PA 15063 | | Overnight Mail |
| Utilities | Charter Communications | 400 Washington Blvd | Stamford, CT 06902 | customerservice@bcntele.com | Email |
| Utilities | Charter Communications | P.O. Box 6030 | Carol Stream, IL 60197-6030 | customerservice@bcntele.com | Email |
| Utilities | City of Fairmont, WV | 200 Jackson St | Fairmont, WV 26554 | | Overnight Mail |
| Utilities | City of Lower Burrell, PA | 2800 Bethel St | Lower Burrell, PA 15068-3227 | | Overnight Mail |
| Utilities | City of Titusville, PA | 107 N Franklin St | Titusville, PA 16354 | | Overnight Mail |
| Utilities | Clarion Borough Storm Water Authority | 1400 E Main St | Clarion, PA 16214 | | Overnight Mail |
| Utilities | Cocolamus Creek Disposal | 31109 Rte 35 N | Mcalisterville, PA 17049 | | Overnight Mail |
| Utilities | Columbia Gas | P.O. Box 70285 | Philadelphia, PA 19176-0285 | | Overnight Mail |
| Utilities | Columbia Gas | 121 Champion Way | Canonsburg, PA 15317 | | Overnight Mail |
| Utilities | Columbia Gas of Pennsylvania | P.O. Box 117 | Revenue Recovery | Columbus, OH 43216 | Overnight Mail |
| Utilities | Columbia Gas of Pennsylvania | P.O. Box 70285 | Philadelphia, PA 19176-0285 | | Overnight Mail |
| Utilities | Comcast Corp | P.O. Box 70219 | Philadelphia, PA 19176-0219 | | Overnight Mail |
| Utilities | Comcast Corp | 1701 JFK Blvd | Philadelphia, PA 19103 | | Overnight Mail |
| Utilities | Comcast Corp | 676 Island Pond Rd | Machester, NH 03109 | | Overnight Mail |
| Utilities | Comcast Corporation | 1701 John F Kennedy Blvd, Ste 300 | Philadelphia, PA 19103 | | Overnight Mail |
| Utilities | Corner Water Supply & Service | 113 Oakwood Ln | Shippenville, PA 16254 | | Overnight Mail |
| Utilities | Cornplanter Township | 136 Petroleum Center Rd | Oil City, PA 16301 | | Overnight Mail |
| Utilities | Derry Township Sewer Authority | 74 Reserve Ln | Lewistown, PA 17044 | | Overnight Mail |
| Utilities | Duquesne Light Co | 411 7th Ave, (6-1) | Pittsburgh, PA 15219 | | Overnight Mail |
| Utilities | Duquesne Light Company | P.O. Box 10 | Pittsburgh, PA 15267-0001 | | Overnight Mail |
| Utilities | Erie Water Works | P.O. Box 4170 | Woburn, MA 01888-4170 | | Overnight Mail |
| Utilities | Erie Water Works | 340 W Bayfront Pkwy | Erie, PA 16507 | | Overnight Mail |
| Utilities | FirstEnergy Corp. | 5001 Nasa Blvd | Fairmont, WV 26554 | | Overnight Mail |
| Utilities | FirstEnergy Corp. | 257 Georgetown Rd | Beaver Falls, PA 15010 | | Overnight Mail |
| Utilities | Franklin Township Sewer Authority | 570 Rolling Meadows Rd | Waynesburg, PA 15370-0752 | | Overnight Mail |
| Utilities | GC Pivotal, LLC | P.O. Box 842630 | Dallas, TX 75284-2630 | billing@gtt.net | Email |
| Utilities | GC Pivotal, LLC | 180 N Lasalle St, Ste 2430 | Chicago, IL 60601 | billing@gtt.net | Email |
| Utilities | GC Pivotal, LLC | 3100 Clarendon Blvd, Ste 200 | Arlington, VA 22201 | | Overnight Mail |
| Utilities | Granite Communications | 100 Newport Ave Ext | Quincy, MA 02171 | | Overnight Mail |
| Utilities | Granite Communications | P.O. Box 983119 | Boston, MA 02298-3119 | | Overnight Mail |
| Utilities | Hastings Municipal Authority | P.O. Box 559 | Hastings, PA 16646 | | Overnight Mail |
| Utilities | Hastings Municipal Authority | 207-1 5th Ave | Hastings, PA 16646 | | Overnight Mail |
| Utilities | Highland Sewer & Water Authority | 120 Tank Dr | Johnstown, PA 15904-3252 | | Overnight Mail |
| Utilities | Hugh Water Services | 7344 US-219 | Brockway, PA 15824 | | Overnight Mail |
| Utilities | Hugh Water Services | P.O. Box 53 | Brockway, PA 15824 | | Overnight Mail |
| Utilities | Jordan Tax Service, Inc. | P.O. Box 645111 | Pittsburgh, PA 15264-5111 | | Overnight Mail |
| Utilities | Jordan Tax Service, Inc. | 7100 Baptist Rd | Bethel Park, PA 15102 | | Overnight Mail |
| Utilities | Leaf Capital Funding | 2005 Market St, 14th Fl | 1 Commerce Sq | Philadelphia, PA 19103 | Overnight Mail |
| Utilities | Leaf Capital Funding | P.O. Box 5066 | Hartford, CT 06102-5066 | | Overnight Mail |
| Utilities | Metropolitan Telecommunications | 55 Water St, 32nd Fl | New York, NY 10041 | rnadramia@mettel.net | Email |
| Utilities | Metropolitan Telecommunications | P.O. Box 9660 | Manchester, NH 03108-9660 | rnadramia@mettel.net | Email |
| Utilities | Mifflin County Municipal Authority | 70 Chestnut St | Lewistown, PA 17044 | | Overnight Mail |
| Utilities | Munhall Municipal Sanitary Sewage | P.O. Box 10020 | Pittsburgh, PA 15236-6020 | | Overnight Mail |
| Utilities | Munhall Municipal Sanitary Sewage | 3311 Main St | Munhall, PA 15120 | | Overnight Mail |
| Utilities | National Fuel Gas Co | P.O. Box 371835 | Pittsburgh, PA 15250-7835 | belld@natfuel.com | Email |
| Utilities | National Fuel Gas Co | 1100 State St | Erie, PA 16501 | belld@natfuel.com | Email |
| Utilities | National Fuel Gas Company | 5800 Corporate Dr | Pittsburgh, PA 15237 | | Overnight Mail |
| Utilities | New Kensington Water Authority | 920 Barnes St | New Kensington, PA 15068 | | Overnight Mail |
| Utilities | New Kensington Water Authority | P.O. Box 577 | New Kensington, PA 15060-0577 | | Overnight Mail |
| Utilities | Noble Environmental, Inc | 2195 Morgantown Rd | Uniontown, PA 15401 | | Overnight Mail |
| Utilities | Noble Environmental, Inc | P.O. Box 22796 | New York, NY 10087-2796 | | Overnight Mail |
| Utilities | North Fayette County Municipal Authority | P.O. Box 368 | 1634 University Dr | Dunbar, PA 15431-0368 | Overnight Mail |
| Utilities | Penelec | P.O. Box 16001 | Reading, PA 19612-6001 | | Overnight Mail |
| Utilities | Penelec | 5404 Evans Rd | Erie, PA 16509 | | Overnight Mail |
| Utilities | Penelec | P.O. Box 3687 | Akron, OH 44309-3687 | | Overnight Mail |
| Utilities | Penelec | 167 Industrial Park Rd | Johnstown, PA 15904 | | Overnight Mail |
| Utilities | Pennsylvania Municipal Service Co | 336 Delaware Ave | Dept U500 | Oakmont, PA 15139-2138 | Overnight Mail |
| Utilities | Pennsylvania-American Water Co | P.O. Box 371412 | Pittsburgh, PA 15250-7412 | | Overnight Mail |
| Utilities | Pennsylvania-American Water Co | 852 Wesley Dr | Mechanicsburg, PA 17055 | | Overnight Mail |
| Utilities | People Gas Company | 375 N Shore Dr, Ste 600 | Pittsburgh, PA 15212 | | Overnight Mail |
| Utilities | Peoples Gas Co | 375 N Shore Dr, Ste 200 | Pittsburgh, PA 15212-5871 | | Overnight Mail |
| Utilities | Peoples Gas Co | P.O. Box 644760 | Pittsburg, PA 15264-4760 | | Overnight Mail |
| Utilities | Private Cable Systems of Michigan Inc. | 757 W Giles Rd | Muskegon, MI 49445 | | Overnight Mail |
| Utilities | Private Cable Systems of Michigan Inc. | P.O. Box 72300 | Cleveland, OH 44192 | | Overnight Mail |
| Utilities | PTS Providers | San Ramon Valley Blvd, Ste 4-408 | San Ramon, CA 94583 | | Overnight Mail |
| Utilities | RedSail Technologies, LLC | 317 Commercial Ave | Anacortes, WA 98221 | | Overnight Mail |
| Utilities | Republic Services | 234 Landfill Rd | Scottdale, PA 15683 | | Overnight Mail |
| Utilities | Republic Services | P.O. Box 9001099 | Louisville, KY 40290-1099 | | Overnight Mail |
| Utilities | RetirementHomeTV Corp | 4604 Arden Dr | Ft Wayne, IN 46804 | Emma@retirementhometv.com | Overnight Mail |
| Utilities | SeniorTV | P.O. Box 735306 | Chicago, IL 60673-5306 | julie.duncan@sentrics.net; Laura.Bogdanski@sentrics.net | Email |
| Utilities | SeniorTV | 975 E Tallmadge Ave | Akron, OH 44310 | julie.duncan@sentrics.net | Overnight Mail |
| Utilities | South Union Township Sewage Dept | P.O. Box 2047 | Uniontown, PA 15401 | | Overnight Mail |
| Utilities | South Union Township Sewage Dept | 154 Township Dr | Uniontown, PA 15401 | | Overnight Mail |
| Utilities | Southwestern Pennsylvania Water Authority | P.O. Box 219 | Jefferson, PA 15344-0219 | | Overnight Mail |
| Utilities | Southwestern Pennsylvania Water Authority | 1442 Jefferson Rd | Jefferson, PA 15344 | | Overnight Mail |
| Utilities | Star2Star Communications | P.O. Box 97231 | Las Vegas, NV 89193-7231 | billing@sangoma.com | Email |
| Utilities | Star2Star Communications | 301 N Cattlemen Rd, Ste 300 | Sarasota, FL 34232 | | Overnight Mail |
| Utilities | Star2Star Communications | 100 Renfrew Dr, Ste 100 | Markham, ON L3R 9R6 | Canada | Overnight Mail |
| Utilities | Suburban Propane | P.O. Box 3 | Whippany, NJ 07981-0409 | | Overnight Mail |
| Utilities | Suburban Propane | 240 Rte 10 W | Whippany, NJ 07981-0206 | | Overnight Mail |
| Utilities | UGI Energy Services | 835 Knitting Mills Way | Wyomissing, PA 19610 | staylor@oneugi.com | Overnight Mail |
| Utilities | UGI Energy Services | P.O. Box 827032 | Philadelphia, PA 19182-7032 | staylor@oneugi.com | Email |
| Utilities | UGI Energy Services | 835 Knitting Mls Wy | Wyomissing, PA 19610 | | Overnight Mail |
| Utilities | UGI Utilities | P.O. Box 13009 | Reading, PA 19612-3009 | | Overnight Mail |
| Utilities | UGI Utilities | c/o Ugi Corp | 500 N Gulph Rd | King of Prussia, PA 19406 | Overnight Mail |
| Utilities | United Electrical Services Inc. | P.O. Box 688 | Dubois, PA 15801-0688 | | Overnight Mail |
| Utilities | United Electrical Services Inc. | 29 United Rd | Dubois, PA 15801 | | Overnight Mail |
| Utilities | United Energy Trading | P.O. Box 789657 | Philadelphia, PA 19178-9657 | PA-Lockbox@uetllc.com | Email |
| Utilities | United Energy Trading | 225 Union Blvd, Ste 200 | Lakewood, CO 80228 | PA-Lockbox@uetllc.com | Email |
| Utilities | United Energy Trading | P.O. Box 837 | Bismarch, ND 58504-0837 | PA-Lockbox@uetllc.com | Email |
| Utilities | United Energy Trading | 9740 Concord Rd | Columbus, OH 43017 | | Overnight Mail |
| Utilities | Verizon | 500 Technology Dr, Ste 840 | Weldon Springs, MO 63304 | | Overnight Mail |
| Utilities | Verizon | 1095 Ave of The Americas | New York, NY 10036 | | Overnight Mail |
| Utilities | Verizon | 1 Verizon Way | Basking Ridge, NJ 07920 | | Overnight Mail |
| Utilities | Verizon | P.O. Box 15124 | Albany, NY 12212-5124 | | Overnight Mail |
| Utilities | Waste Management | 800 Capitol St, Ste 3000 | Bank of America Tower | Houston, TX 77002 | Overnight Mail |
| Utilities | Waste Management | P.O. Box 13648 | Philadelphia, PA 19101-3648 | wmcollectionsnorth2@wm.com | Email |

**Exhibit C**
Utilities Service List

| Description | Name | Address | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Utilities | Waste Management | P.O. Box 12648 | Philadelphia, PA 19101-3648 | | wmcollectionsnorth2@wm.com | Email |
| Utilities | Waste Management | P.O. Box 3020 | Monroe, WI 53566-8320 | | wmcollectionsnorth2@wm.com | Email |
| Utilities | Waste Management | 800 Capitol St, Ste 30000 | Houston, TX 77002 | | wmcollectionsnorth2@wm.com | Email |
| Utilities | West Penn Power | 800 Cabin Hill Dr | Greensburg, PA 15601 | | | Overnight Mail |
| Utilities | West Penn Power | P.O. Box 3615 | Akron, OH 44309-3687 | | | Overnight Mail |
| Utilities | West Penn Power | P.O. Box 3687 | Akron, OH 44309-3687 | | | Overnight Mail |
| Utilities | West Penn Power | 1277 Country Club Rd | Monongahela, PA 15063 | | | Overnight Mail |
| Utilities | Westmorland County Municipal Authority | 124 Park & Pool Rd | New Stanton, PA 15672 | | | Overnight Mail |
| Utilities | Westmorland County Municipal Authority | P.O. Box 800 | Greensburg, PA 15601 | | | Overnight Mail |
| Utilities | Windstream Communications | P.O. Box 9242 | Uniondale, NY 11555-9242 | | | Overnight Mail |
| Utilities | Windstream Communications | 4005 N Rodney Parham Rd | Little Rock, AR 72212 | | | Overnight Mail |
| Utilities | Windstream Communications | P.O. Box 3177 | Cedar Rapids, IA 52406-3177 | | | Overnight Mail |
| Utilities | Windstream Communications | P.O. Box 9001013 | Louisville, KY 40290-1013 | | | Overnight Mail |
| Utilities | Windstream Communications | 4001 Rodney Parham Rd | Little Rock, AR 72212 | | | Overnight Mail |

**<u>EXHIBIT D</u>**

**Exhibit D**
Tax Service List

| Description | Name | Address | | Email | Method of Service |
|---|---|---|---|---|---|
| Taxing Authorities | Allegheny County Treasurer | 436 Grant St, Rm 108 | Pittsburgh, PA 15219 | | Overnight Mail |
| Taxing Authorities | Allegheny County Treasurer | P.O. Box 643385 | Pittsburgh, PA 15264-3385 | | Overnight Mail |
| Taxing Authorities | Allegheny County Treasurer | 436 Grant St, Ste 108 | Pittsburgh, PA 15219 | | Overnight Mail |
| Taxing Authorities | Beaver County Courthouse Assessment | Tax Claim Office | 810 3rd St | Beaver, PA 15009 | Overnight Mail |
| Taxing Authorities | Blair County Assessment Office | 423 Allegheny St | Hollidaysburg, PA 16648 | | Overnight Mail |
| Taxing Authorities | Blair County Tax Collection Bureau | P.O. Box 307 | 1419 3rd Ave | Duncansville, PA 16635 | Overnight Mail |
| Taxing Authorities | Borough of Munhall | 1 Raymond Bodnar Way, 2nd Fl | Munhall, PA 15120 | | Overnight Mail |
| Taxing Authorities | Brian E. Shbaugh, Treasurer | 2800 Bethel St | Lower Burrell, PA 15068 | | Overnight Mail |
| Taxing Authorities | Central Greene – Franklin TWP | 570 Rolling Meadows Rd | Waynesburg, PA 15370 | | Overnight Mail |
| Taxing Authorities | City of Warren Tax Office | 318 W Third Ave, 1st Fl | Warren, PA 16365 | | Overnight Mail |
| Taxing Authorities | City Treasurer | 107 N Franklin St | Titusville,  PA  16354 | | Overnight Mail |
| Taxing Authorities | Clarion Borough Tax Collector | Attn: Carla J Magrini | 167 S 7th Ave | Clarion, PA  16214 | cjmagrini@gmail.com | Email |
| Taxing Authorities | Clarion County Tax Claim Bureau | 421 Main St, Ste 21 | Clarion, PA 16214 | | Overnight Mail |
| Taxing Authorities | Crawford County Tax Claim Bureau | 903 Diamond Park | Meadville, PA 16335 | | Overnight Mail |
| Taxing Authorities | Derry TWP Tax Collector | Attn: Bret L Treaster | 10 Laurel St | Lewistown, PA  17044 | Overnight Mail |
| Taxing Authorities | Elder Township Tax Collector | 662 Third Ave | Hastings, PA  16646 | | Overnight Mail |
| Taxing Authorities | Erie County Tax Claim Bureau | 140 W 6th St, Rm 110 | Erie, PA 16501 | | Overnight Mail |
| Taxing Authorities | Fayette County Tax Claim Bureau | 2 W Main St | Uniontown, PA 15401 | | Overnight Mail |
| Taxing Authorities | Greene County Tax Claim Bureau | 93 E High St, Ste 108 | Waynesburg, PA 15370 | | Overnight Mail |
| Taxing Authorities | Hempfield Area School District | Attn: Faye Rosatti, Hempfield Township Tax Collector | P.O. Box 8 | Greensburg, PA 15601 | Overnight Mail |
| Taxing Authorities | Hempfield Area School District | 4347 Rte 136 | Greensburg, PA 15601 | | Overnight Mail |
| Taxing Authorities | Jefferson County Tax Claim Bureau | 200 Main St, Ste 802 | Brookville, PA 15825 | | Overnight Mail |
| Taxing Authorities | Joseph Klapec, Tax Collector | 84 Horne Ln | Oil City, PA  16301 | | Overnight Mail |
| Taxing Authorities | Marion County Commission | 200 Jackson St | Fairmont, WV 26554 | | Overnight Mail |
| Taxing Authorities | Mifflin County Tax Claims Office | 20 N Wayne St | Lewistown, PA 17044 | | Overnight Mail |
| Taxing Authorities | Millcreek Township Tax Collector | Attn: Lynn Case-Craker | 3608 W 26th St | Erie, PA  16506 | Overnight Mail |
| Taxing Authorities | Municipality of Bethel Park | 7100 Baptist Rd | Bethel Park, PA 15102 | | Overnight Mail |
| Taxing Authorities | Paint Township Tax Collector | Attn: Karen Kahle | 23220 Rte 66 | Shippenville, PA  16254 | Overnight Mail |
| Taxing Authorities | Pennsylvania Department of Health | Health and Welfare Bldg | 625 Forster St, 8th Fl W | Harrisburg, PA 17120 | Overnight Mail |
| Taxing Authorities | Pennsylvania Department of Revenue | 1131 Strawberry Sq | Harrisburg, PA 17128-0101 | | Overnight Mail |
| Taxing Authorities | Richland TWP Tax Collector | 1031 Rachel St | Johnstown, PA  15904 | | Overnight Mail |
| Taxing Authorities | Somerset County Tax Claim Bureau | 300 N Center Ave, Ste 370 | Somerset, PA 15501 | | Overnight Mail |
| Taxing Authorities | South Union Township | Attn: Tom Vernon | 65 Lebanor Ave | Uniontown, PA  15401 | Overnight Mail |
| Taxing Authorities | Steel Valley School District Tax Collector | Attn: Donna J Mercuri | 1 Raymond Bodnar Way, 2nd Fl | Munhall, PA 15120 | Overnight Mail |
| Taxing Authorities | The City of Fairmont Finance Dept | P.O. Box 1428 | Fairmont, WV  26555-1428 | | Overnight Mail |
| Taxing Authorities | Venango County Tax Claim Bureau | Courthouse Annex | 1147 Elk St, 1st Fl | Franklin, PA 16323 | Overnight Mail |
| Taxing Authorities | Venango County Tax Claim Bureau | P.O. Box 831 | Franklin, PA 16323 | | Overnight Mail |
| Taxing Authorities | Warren County Tax Assessment Office | 204 4th Ave | Warren, PA 16365 | | Overnight Mail |
| Taxing Authorities | Washington Tax Claim Bureau | 100 W Beau St, Ste 205 | Washington, PA 15301 | | Overnight Mail |
| Taxing Authorities | West Virginia State Tax Department | Compliance and Taxpayer Services Division | P.O. Box 3784 | Charleston, WV  25337-3784 | Overnight Mail |
| Taxing Authorities | West Virginia State Tax Department | 1001 Lee St E | Charleston, WV 25301 | | Overnight Mail |
| Taxing Authorities | Westmoreland County Tax Office | 40 N Pennsylvania Ave | Greensburg, PA 15601 | | Overnight Mail |

## **EXHIBIT E**

**Exhibit E**
Insurance Service List

| Description | Name | Address | | | | Method of Service |
|---|---|---|---|---|---|---|
| Insurance Carriers & Brokers | Arch Specialty Insurance Co | 210 Hudson St, Ste 300 | Harborside 3 | Jersey City, NJ 07311 | | Overnight Mail |
| Insurance Carriers & Brokers | Allianz Underwriters Insurance Co | P.O. Box 71533 | Richmond, VA 23255 | | | Overnight Mail |
| Insurance Carriers & Brokers | Beecher Carlson Insurance Services, LLC | 1500 Broadway, 21st Fl | New York, NY 10036 | | | Overnight Mail |
| Insurance Carriers & Brokers | Beecher Carlson Insurance Services, LLC | 6 Concourse Pkwy, Ste 2300 | Atlanta, GA 30328 | | | Overnight Mail |
| Insurance Carriers & Brokers | Evanston Insurance Co | 10275 W Higgins Rd, Ste 750 | Rosemont, IL 60018 | | | Overnight Mail |
| Insurance Carriers & Brokers | Fortegra Specialty Insurance Co | 10751 Deerwood Park Blvd, Ste 200 | Jacksonville, FL 32256 | | | Overnight Mail |
| Insurance Carriers & Brokers | Travelers Indemnity Co | 1 Tower Sq | Hartford, CT 06183 | | | Overnight Mail |
| PFA Lender | Pathward, NA | P.O. Box 224528 | Dallas, TX 75222 | | | Overnight Mail |
| PFA Lender | Pathward, NA | 5501 S Broadband Ln | Sioux Falls, SD 57108 | | | Overnight Mail |
| Insurance Carriers & Brokers | Ascot Specialty Insurance Co | c/o Canon's Court | 22 Victoria St | Hamilton,  HM 12 | Bermuda | Overnight Mail |
| Insurance Carriers & Brokers | Decus Insurance Brokers Ltd | c/o The Scalpel | 52 Lime St, 18th Fl | London,  EC3M 7AF | United Kingdom | Overnight Mail |
| Insurance Carriers & Brokers | Lloyds of London | 1 Lime St | London,  EC3M 7HA | United Kingdom | | Overnight Mail |
| Insurance Carriers & Brokers | Starr Indemnity & Liability Co | Attn: Financial Lines Department | 399 Park Ave, 8th Fl | New York, NY 10022 | | Overnight Mail |

**EXHIBIT F**

**Exhibit F**
**Bank Service List**

| Description | Name | Address | | Method of Service |
|---|---|---|---|---|
| Banks | Citibank | 388 Greenwich St | New York, NY 10013 | Overnight Mail |
| Banks | CNB Bank | 133 Washington St | St Marys, PA 15857 | Overnight Mail |
| Banks | S&T Bank | 456 Main St | Brockway, PA 15824 | Overnight Mail |

**EXHIBIT G**

**Exhibit G**
Employee Benefit Service List

| Description | Name | Address | | Method of Service |
|---|---|---|---|---|
| Employee Benefits | Certify | P.O. Box 780965 | Philadelphia, PA 19178-0965 | Overnight Mail |
| Employee Benefits | Colony Specialty Insurance Company | Accounts Payable Dept | 654 Main St | Rockwood, PA 15557 | Overnight Mail |
| Employee Benefits | Davis Vision, Inc. | 711 Troy-Schenectady Rd, Ste 301 | Latham, NY 12110 | Overnight Mail |
| Employee Benefits | Delta Dental | 1 Delta Dr | Mechanicsburg, PA 17055 | Overnight Mail |
| Employee Benefits | Fidelity Investments | P.O. Box 73307 | Chicago, IL 60673 | Overnight Mail |
| Employee Benefits | Highmark Blue Cross Blue Shield | 120 Fifth Ave | Pittsburgh, PA 15222 | Overnight Mail |
| Employee Benefits | SEIU Health & Welfare Fund of Pennsylvania | 1500 N 2nd St | Harrisburg, PA 17102 | Overnight Mail |
| Employee Benefits | Voya Financial, Inc. | 230 Park Ave | New York, NY 10169 | Overnight Mail |

## **EXHIBIT H**

**Exhibit H**
Secured Party Service List

| Description | Name | Address | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Secured Parties | Attorney General of the United States | U.S. Department of Justice | 950 Pennsylvania Ave, NW | Washington, DC 20530-0001 | | Overnight Mail |
| Secured Parties | CNB Bank | Attn: Andrew V Nedzinski, Commercial Banking Officer | 33 S 2nd St | Clearfield, PA 16830 | | Overnight Mail |
| Secured Parties | Erie Acquisition LLC, aka GL Landlord or Golden Living Landlord | c/o Golden Living | 1000 Fianna Way | Ft Smith, AR 72919 | | Overnight Mail |
| Secured Parties | Keybank, NA | 127 Public Sq | Cleveland, OH 44114 | | | Overnight Mail |
| Secured Parties | Keybank, NA | 8117 Preston Rd, Ste 400 | Dallas, TX 75225 | | | Overnight Mail |
| Secured Parties | Leaf Capital Funding LLC | 2005 Market St, 14th Fl | Philadelphia, PA 19103 | | | Overnight Mail |
| Secured Parties | OHI Asset PA LP | 303 International Cir, Ste 200 | Hunt Valley, MD 21030 | | | Overnight Mail |
| Secured Parties | OHI Asset PA Trust | 200 International Cir, Ste 3500 | Hunt Valley, MD 21030 | | | Overnight Mail |
| Secured Parties | S&T Bank | 800 Philadelphia St | Indiana, PA 15701 | | | Overnight Mail |
| Secured Parties | S&T Bank | Attn: Daniel J Brisic, Joseph S Sisca, Esq | c/o Grenen & Birsic, PC | 1 Gateway Ctr, 9th Fl | Pittsburgh, PA 15222 | dbirsic@grenenbirsic.com; jsisca@grenenbirsic.com | Email |
| Secured Parties | The Associate General Counsel for Litigation Office of Litigation | U.S. Department of Housing and Urban Development | 451 Seventh St, SW | Washington, DC 20410 | | Overnight Mail |
| Secured Parties | US Dept of Housing & Urban Development | Office of Residential Care Facilities | 451 7th St SW | Washington, DC 20410 | | Overnight Mail |
| Secured Parties | VFI KR SPE I LLC | 2800 E Cottonwood Pkwy, 2nd Fl | Salt Lake City, UT 84121 | | | Overnight Mail |