## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | Chapter 11 |
| GUARDIAN ELDER CARE AT JOHNSTOWN, LLC, d/b/a/ RICHLAND HEALTHCARE AND REHABILITATION CENTER, *et al.*, | Case No. 24-70299 (JAD) <br><br> (Jointly Administered) |
| Debtors.[1] | |
| GUARDIAN ELDER CARE AT JOHNSTOWN, LLC, d/b/a/ RICHLAND HEALTHCARE AND REHABILITATION CENTER, *et al.*, | |
| v. | |
| NO RESPONDENT | |

### CERTIFICATE OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions, Inc., (**"Omni"**), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 31, 2024, at my direction and under my supervision, employees of Omni caused true and correct copies of the following document to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Notice of *Amended* Agenda of Matters Scheduled for Hearing on July 31, 2024 at 2:00 PM (ET) [Docket No. 64]**

Dated: July 31, 2024

Randy Lowry
Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

{State of California         }
{                            } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this 31st day of July, 2024, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Guardian Elder Care at Johnstown, LLC d/b/a Richland Healthcare and Rehabilitation Center (7907); Guardian Healthcare GOL Group, LLC (4654); Guardian Elder Care at Altoona, LLC d/b/a Hillview Healthcare and Rehabilitation Center (8592); Guardian Elder Care at Clarion, LLC d/b/a Clarion Healthcare and Rehabilitation Center (3127); Guardian Elder Care at Erie I, LLC d/b/a Western Reserve Healthcare and Rehabilitation Center (1634); Guardian Elder Care at Erie II, LLC d/b/a Walnut Creek Healthcare and Rehabilitation Center (8662); Guardian Elder Care at Hastings, LLC d/b/a Haida Healthcare and Rehabilitation Center (8735); Guardian Elder Care at Lewistown, LLC d/b/a William Penn Reserve Healthcare and Rehabilitation Center (3140); Guardian Elder Care at Meyersdale, LLC d/b/a Meyersdale Healthcare and Rehabilitation Center (1849); Guardian Elder Care at Oil City, LLC d/b/a Oil City Healthcare and Rehabilitation Center (1765); Guardian Elder Care at Shippenville, LLC d/b/a Shippenville Healthcare and Rehabilitation Center (2020); Guardian Elder Care at Titusville, LLC d/b/a Titusville Healthcare and Rehabilitation Center (1954); Guardian Elder Care at Uniontown, LLC d/b/a Uniontown Healthcare and Rehabilitation Center (1887); Guardian Elder Care at Warren, LLC d/b/a Kinzua Healthcare and Rehabilitation Center (3113); Guardian Elder Care at Waynesburg, LLC d/b/a Waynesburg Healthcare and Rehabilitation Center (7947); Guardian Healthcare GOL LLC 99% Holdco, LLC (8015); Guardian Healthcare GOL LLC 1% Holdco, Inc. (1213); Guardian Healthcare Management Services Holdco, LLC (6540); Guardian Healthcare Home Office I, LLC (3053); Guardian Healthcare Home Office II, LLC (7328); and Guardian Healthcare Home Office IV, LLC (0553). The Debtors' mailing address is: 8796 Route 219, Brockway, PA 15824.

**<u>EXHIBIT A</u>**

**Exhibit A**

Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | AA Southeast LLC | dba Allshifts<br>Attn: Kim Gonzalez<br>P.O. Box 825160<br>Philadelphia, PA 19182-5160 | k.gonzalez@allshifts.com | Email |
| 30 Largest | American Medical Equipment | Attn: Patty Lust<br>733 Frederick Rd<br>Catonsville, MD 21228 | plust@ame-medical.com | Email |
| *NOA - Counsel to Public Credit, LLC | Campbell & Levine, LLC | Attn: Paul Cordaro<br>310 Grant St, Ste 1700<br>Pittsburgh, PA 15219 | pcordaro@camlev.com | Email |
| *NOA - Counsel to Public Credit, LLC | Campbell & Levine, LLC | Attn: Jeanne S Lofgren<br>310 Grant St, Ste 1700<br>Pittsburgh, PA 15219 | jlofgren@camlev.com | Email |
| 30 Largest | Cardinal Health | Attn: Tammie Young<br>7000 Cardinal Pl<br>Dublin, OH 43017 | Tammie.Young@cardinalhealth.com | Email |
| 30 Largest | Citizens Security | Attn: Kelly Phillipsviars<br>12910 Shelbyville Rd, Ste 300<br>Louisville, KY 40243 | kelly.phillipsviars@cslico.com | Email |
| 30 Largest | Columbia Ancillary Services, Inc. | Attn: Tom Peacock<br>1388 State Rte 487<br>Bloomsburg, PA 17815-8953 | tpeacock@cas.jdkmgt.com | Email |
| 30 Largest | Dedicated Nursing Associates, Inc. | Attn: Brittany Lamonna<br>6536 William Penn Hwy Rt 22, Ste 201<br>Delmont, PA 15626-2409 | AR@dedicatednurses.com | Email |
| 30 Largest | Direct Supply, Inc. | Attn: Kim Mockler<br>P.O. Box 88201<br>Milwaukee, WI 53288 | kmockler@directs.com | Email |
| 30 Largest | Emergycare, Inc. | Attn: Paul Bhnken<br>1926 Peach St<br>Erie, PA 16502-2872 | pbehnken@emergycare.org | Email |
| Counsel to the Cuarzo Landlords | Erie Acquisition LLC | c/o Matt Williams, Esq.<br>Fultz Maddox Dickens PLC<br>101 S Fifth St, 27th Fl<br>Louisville, KY 40202-3116 | mwilliams@fmdlegal.com | Email |
| 30 Largest | Fame Emergency Medical Services | Attn: Julie Whitsel<br>701 Valley St<br>Lewistown, PA 17044 | jwhitsel@fameems.org | Email |
| 30 Largest | Focused Staffing Group LLC | Attn: Kath Millarosa<br>P.O. Box 5721<br>Kingwood, TX 77325 | Katherine@focused-staffing.com | Email |
| 30 Largest | Fusion Medical Staffing LLC | Attn: Hillary Saner<br>18881 W Dodge Rd, Ste 300E<br>Elkhorn, NE 68022 | Hillary.Saner@fusionmedstaff.com | Email |
| 30 Largest | Genie Healthcare Inc. | Attn: Umme Haney Shaik<br>50 Millstone Rd, Bldg 100, Ste 100<br>E Windsor, NJ 08520 | billing@geniehealthcare.com | Email |
| 30 Largest | GLC On-The-Go Inc. | Attn: Matthew Shub<br>55 Weston Rd, Ste 300<br>Weston, FL 33326 | receivables@glcgroup.com;<br>mshub@glcgroup.com | Email |
| *NOA - Counsel for S&T Bank | Grenen & Birsic, P.C. | Attn: James F Grenen<br>One Gateway Ctr, 9th Fl<br>Pittsburgh, PA 15222 | jgrenen@grenenbirsic.com | Email |
| *NOA - Counsel for S&T Bank | Grenen & Birsic, P.C. | Attn: Joseph S Sisca<br>One Gateway Ctr, 9th Fl<br>Pittsburgh, PA 15222 | jsisca@grenenbirsic.com | Email |
| 30 Largest | Hancock County Workshop | Attn: Melissa Perkins<br>1100 Pennsylvania Ave<br>Weirton, WV 26062 | mperkins718@comcast.net | Email |
| 30 Largest | Highmark Blue Shield | Attn: Danielle Blackburn<br>120 5th Ave, Paphm<br>Pittsburgh, PA 15222 | Danielle.blackburn@highmark.com | Email |
| Counsel to KeyBank, N.A. | KeyBank, N.A. | c/o Melissa S. Giberson, Esq.<br>Vorys, Sater, Seymour and Pease LLP<br>52 E Gay St<br>Columbus, OH 43215 | msgiberson@vorys.com | Email |
| Counsel to KeyBank, N.A. | KeyBank, N.A. | c/o Kari B. Coniglio, Esq.<br>Vorys, Sater, Seymour and Pease LLP<br>200 Public Sq, Ste 1400<br>Cleveland, OH 44114-2327 | kbconiglio@vorys.com | Email |
| 30 Largest | Marvel Medical Staffing | Attn: Jason Shea<br>9394 W Dodge Rd, Ste 300<br>Omaha, NE 68114 | jasonshea@marvelmedstaff.com | Email |
| 30 Largest | Medline Industries, Inc. | Attn: Jennifer Wilson<br>3 Lakes Dr<br>Northfield, IL 60093 | wilson@medline.com | Email |
| 30 Largest | National Healthcare | Attn: Ron Hanslovan<br>50 Mahoning St, Ste 100<br>Dubois, PA 15801 | nhc@nationalhealthcare.com | Email |
| 30 Largest | Noridian Healthcare Solutions, LLC | Attn: Jesse Score<br>4510 13th Ave S<br>Fargo, ND 58103 | Jesse.Score@noridian.com | Email |
| *NOA - Office of the United States Trustee | Office of the United States Trustee | Attn: William Buchanan<br>William S Moorhead Federal Bldg<br>1000 Liberty Ave, Ste 1316<br>Pittsburgh, PA 15222 | William.Buchanan@usdoj.gov | Email |

**Exhibit A**

Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Office of the United States Trustee | Office of the United States Trustee | Attn: Timothy J Fox<br>J Caleb Boggs Federal Bldg<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Timothy.Fox@usdoj.gov | Email |
| *NOA - Office of the United States Trustee | Office of the United States Trustee | Attn: Kate M Bradley<br>William S Moorhead Federal Bldg<br>1000 Liberty Ave, Ste 1316<br>Pittsburgh, PA 15222 | Kate.M.Bradley@usdoj.gov | Email |
| UST | Office of the United States Trustee | For the Western District of Pennsylvania<br>Attn: Timothy J. Fox, Jr., Esq.<br>Federal Bldg<br>1000 Liberty Ave, Ste-1316<br>Pittsburgh, PA 15222 | Timothy.fox@usdoj.gov | Email |
| UST | Office of the United States Trustee | For the Western District of Pennsylvania<br>Attn: Elvina Rofael, Esq.<br>Federal Bldg<br>1000 Liberty Ave, Ste 1316<br>Pittsburgh, PA 15222 | elvina.rofael@usdoj.gov | Email |
| UST | Office of the United States Trustee | For the Western District of Pennsylvania<br>Attn: William Buchanan, Esq.<br>Federal Bldg<br>1000 Liberty Ave, Ste 1316<br>Pittsburgh, PA 15222 | William.Buchanan@usdoj.gov | Email |
| 30 Largest | Pennsylvania Dept. of Human Services | c/o Thomas J. Car<br>Health & Welfare Bldg<br>625 Forster St, 3rd Fl W<br>Harrisburg, PA 17120 | tcar@pa.gov | Email |
| 30 Largest | Physician's Mobile X-Ray, Inc. | Attn: Rae Ewer<br>6310 Allentown Blvd, Ste 102<br>Harrisburg, PA 17112 | REWER@PMX-RAY.COM | Email |
| 30 Largest | Plex Capital, LLC | Attn: Shanra Chianne Franklin<br>9225 Indian Creek Pkwy, Ste 1050<br>Overland Park, KS 66210 | accounting@plexcapital.com | Email |
| 30 Largest | Prime Time Healthcare LLC | Attn: Brendan Garvey<br>P.O. Box 3544<br>Omaha, NE 68103-0544 | Bgarvey@primetimehealthcare.com | Email |
| 30 Largest | Proassurance Specialty Insurance Co. | Attn: Kevin Shook<br>100 Brookwood Pl<br>Birmingham, AL 35259 | kevinshook@eains.com | Email |
| Counsel to Public Credit, LLC | Public Credit LLC | c/o Paul Cordaro, Esq.<br>Campbell & Levine, LLC<br>310 Grant St, Ste 1700<br>Pittsburgh, PA 15219 | pcordaro@camlev.com | Email |
| Counsel to S&T Bank | S&T Bank | c/o Daniel J. Birsic, Esq<br>Grenen & Birsic, PC<br>One Gateway Ctr, 9th Fl<br>Pittsburgh, PA 15222 | dbirsic@grenenbirsic.com | Email |
| Counsel to S&T Bank | S&T Bank | c/o Joseph S. Sisca, Esq.<br>Grenen & Birsic, PC<br>One Gateway Ctr, 9th Fl<br>Pittsburgh, PA 15222 | jsisca@grenenbirsic.com | Email |
| 30 Largest | Shiftmed, LLC | Attn: Kelly Tseng<br>7925 Jones Branch Dr, Ste 1100<br>Mclean, VA 22102 | Billingsupport@shiftmed.com | Email |
| 30 Largest | Smartlinx Solutions LLC | Attn: Maren Jones<br>240 Middlesex Tpke, Ste 348<br>Iselin, NJ 08830 | maren.jones@smartlinsx.com | Email |
| 30 Largest | Sunset Staffing, LLC | Attn: Hunter Harris<br>157 Sheffield Dr<br>Sunbury, PA 17801 | payroll@sunsetstaffingpros.com | Email |
| 30 Largest | Sysco | Attn: Donnisha Mosley<br>1 Whitney Dr<br>Harmony, PA 16037 | mosley.donnisha@sbs.sysco.com | Email |
| *NOA - Counsel for the United States | U.S. Department of Justice | Attn: Jae Won Ha<br>Civil Division<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | jae.won.ha@usdoj.gov | Email |
| 30 Largest | Value Drug Co. | Attn: Francis Straub<br>195 Theater Dr<br>P.O. Box 1027<br>Duncansville, PA 16635 | rhollen@ValueDrugCO.com | Email |
| *NOA - Counsel for KeyBank National Association | Vorys, Sater, Seymour and Pease LLP | Attn: Michael P Oliverio<br>500 Grant St, Ste 4900<br>Pittsburgh, PA 15219-2502 | mpoliverio@vorys.com | Email |
| *NOA - Counsel for KeyBank National Association | Vorys, Sater, Seymour and Pease LLP | Attn: Kari B Coniglio<br>200 Public Sq, Ste 1400<br>Cleveland, Ohio 44114-1724 | kbconiglio@vorys.com | Email |
| 30 Largest | Waystar Inc. | Attn: Matt Hawkins<br>1311 Solutions Ctr.<br>Chicago, IL 60677 | billinginquiry@waystar.com | Email |
| Information on File | | | | Email |
| Information on File | | | | Email |
| Information on File | | | | Email |
| Information on File | | | | Email |
| Information on File | | | | Email |

GUARDIAN ELDER CARE AT JOHNSTOWN, LLC, d/b/a/ RICHLAND HEALTHCARE AND REHABILITATION CENTER,  (Case No. 24-70299)

**<u>EXHIBIT B</u>**

**Exhibit B**

Service List

| Description | Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| Utilities | BCN Telecom | P.O. Box 830259 | Philadelphia, PA 19182-0259 | Philadelphia, PA 19182-0259 | | customerservice@bcntele.com | Email |
| Utilities | BCN Telecom | 1200 Mt Kemble Ave, Ste 310 | Morristown, NJ 07960 | Morristown, NJ 07960 | | customerservice@bcntele.com | Email |
| Utilities | Charter Communications | 400 Washington Blvd | Stamford, CT 06902 | Stamford, CT 06902 | | customerservice@bcntele.com | Email |
| Utilities | Charter Communications | P.O. Box 6030 | Carol Stream, IL 60197-6030 | Carol Stream, IL 60197-6030 | | customerservice@bcntele.com | Email |
| Taxing Authorities | Clarion Borough Tax Collector | Attn: Carla J Magiros | 167 S 7th Ave | Clarion, PA 16214 | | cjmagiros@gmail.com | Email |
| Utilities | GC Pivotal, LLC | P.O. Box 842630 | Dallas, TX 75284-2630 | Dallas, TX 75284-2630 | | billing@gtt.net | Email |
| Utilities | GC Pivotal, LLC | 180 N Lasalle St, Ste 2430 | Chicago, IL 60601 | Chicago, IL 60601 | | billing@gtt.net | Email |
| Utilities | Metropolitan Telecommunications | 55 Water St, 32nd Fl | New York, NY 10041 | New York, NY 10041 | | msadrania@mettel.net | Email |
| Utilities | Metropolitan Telecommunications | P.O. Box 9660 | Manchester, NH 03108-9660 | Manchester, NH 03108-9660 | | msdrania@mettel.net | Email |
| Utilities | National Fuel Gas Co | P.O. Box 371835 | Pittsburgh, PA 15250-7835 | Pittsburgh, PA 15250-7835 | | beltd@natfuel.com | Email |
| Utilities | National Fuel Gas Co | 1100 State St | Erie, PA 16501 | Erie, PA 16501 | | beltd@natfuel.com | Email |
| Utilities | RetirementHomeTV Corp | 4604 Arden Dr | Ft Wayne, IN 46804 | Ft Wayne, IN 46804 | | Emma@retirementhometv.com | Email |
| Secured Parties | S&T Bank | Attn: Daniel J Birsic, Joseph S Sisca, Esq | c/o Grenen & Birsic, PC | 1 Gateway Ctr, 9th Fl | Pittsburgh, PA 15222 | dbirsic@grenenbirsic.com; jsisca@grenenbirsic.com | Email |
| Utilities | SeniorTV | P.O. Box 735306 | Chicago, IL 60673-5306 | Chicago, IL 60673-5306 | | julie.duncan@ventrics.net; Laura.Bogdanski@ventrics.net | Email |
| Utilities | SeniorTV | 975 E Tallmadge Ave | Akron, OH 44310 | Akron, OH 44310 | | julie.duncan@ventrics.net | Email |
| Utilities | Star2Star Communications | P.O. Box 97231 | Las Vegas, NV 89193-7231 | Las Vegas, NV 89193-7231 | | billing@sangoma.com | Email |
| Utilities | UGI Energy Services | 835 Knitting Mills Way | Wyomissing, PA 19610 | Wyomissing, PA 19610 | | staylor@oneugi.com | Email |
| Utilities | UGI Energy Services | P.O. Box 827032 | Philadelphia, PA 19182-7032 | Philadelphia, PA 19182-7032 | | staylor@oneugi.com | Email |
| Utilities | United Energy Trading | P.O. Box 789657 | Philadelphia, PA 19178-9657 | Philadelphia, PA 19178-9657 | | PA-Lockbox@uettlc.com | Email |
| Utilities | United Energy Trading | 225 Union Blvd, Ste 200 | Lakewood, CO 80228 | Lakewood, CO 80228 | | PA-Lockbox@uettlc.com | Email |
| Utilities | United Energy Trading | P.O. Box 837 | Bismarch, ND 58504-0837 | Bismarch, ND 58504-0837 | | PA-Lockbox@uettlc.com | Email |
| Utilities | Waste Management | P.O. Box 13648 | Philadelphia, PA 19101-3648 | Philadelphia, PA 19101-3648 | | wmcollectionsnorth2@wm.com | Email |
| Utilities | Waste Management | P.O. Box 13648 | Philadelphia, PA 19101-3648 | Philadelphia, PA 19101-3648 | | wmcollectionsnorth2@wm.com | Email |
| Utilities | Waste Management | P.O. Box 3020 | Monroe, WI 53566-8320 | Monroe, WI 53566-8320 | | wmcollectionsnorth2@wm.com | Email |
| Utilities | Waste Management | 800 Capitol St, Ste 30000 | Houston, TX 77002 | Houston, TX 77002 | | wmcollectionsnorth2@wm.com | Email |