IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 24-70299-JAD |
| GUARDIAN ELDER CARE | : | |
| AT JOHNSTOWN, LLC | : | Chapter 11 |
| Debtor | : | |
| | : | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Pursuant to Fed.R.Bankr.P. Rule 2002, Robert E. Chernicoff, Esquire, and the law firm of Cunningham, Chernicoff & Warshawsky, P.C., on behalf of Abe Smilow, an interested party, hereby request that all matters that must be noticed to creditors, and any other parties-in-interest, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned and that the following be added to the Court's Master Mailing List in the above-referenced case:

> Robert E. Chernicoff, Esquire
> Cunningham, Chernicoff & Warshawsky, P.C.
> 2320 North Second Street
> P. O. Box 60457
> Harrisburg, PA 17106-0457

Please enter the appearance of the undersigned in the above-captioned case, Abe Smilow.

Respectfully submitted:

CUNNINGHAM, CHERNICOFF
& WARSHAWSKY, P.C.

By:      /s/   Robert E. Chernicoff
    Robert E. Chernicoff, Esquire
    Attorney I.D. No. 23380
    2320 North Second Street
    P. O. Box 60457
    Harrisburg, PA 17106-0457
    (717) 238-6570
    rec@cclawpc.com

Date:  August 7, 2024